```
                                            USDS SDNY
         JAN -3 2008                        DOCUMENT
       S.D. W.P. OF N.Y.                    ELECTRONICALLY FILED
                                            DOC #: _____
                                            DATE FILED: 12/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ERNEST DAVIS, LISA COPELAND, RAYMOND
COPELAND JR., RAY COPELAND SR., KOHAIN NATANY
A HALEVI, THOMAS L. TERRY, ELVIRA CASTILLO,
BARBARA PERRY, DOROTHY EDNA BRINGER,
VALERIE CAMPBELL, OSCAR DAVIS JR., MARLENE
PIEROT, ANGELO SQUITIERI, MARIA ELLIS, DAVIS
WILLIAMS, DARYL SELSY,

ORDER TO SHOW
CAUSE FOR A
PRELIMINARY
INJUNCTION
~~AND T.R.O~~   PKC

CV No.: 07-9897 (CLB)

Plaintiffs,

-against-

UNITED STATES JUSTICE DEPARTMENT, FEDERAL
BUREAU OF INVESTIGATION, UNITED STATES
ATTORNEY'S OFFICE, UNITED STATES ATTORNEYS
OFFICE OF THE SOUTHERN DISTRICT OF NEW YORK,
NEW YORK STATE BOARD OF ELECTIONS,
WESTCHESTER COUNTY BOARD OF ELECTIONS,
CLINTON YOUNG, JANET SNYDER, JOHN
DOE FEDERAL BUREAU OF INVESTIGATION AGENTS
1-10,

Defendants.
-----------------------------------------------------------X

**UPON THE ANNEXED AFFIRMATION OF** Stephen C. Jackson, Esq., dated December 28, 2007, the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, the Summons and Complaint, the Amended Complaint, the Affidavits of Aggrieved Voters and the prior proceedings held herein, let the defendants show cause before this court, on ~~December 31, 2007~~ *on January 18, 2008 at 10:00am* at the Federal Courthouse at 300 Quarropas Street in White Plains, New York, courtroom 218, at ~~_____ a.m./p.m~~ or as soon thereafter as this matter can be heard, why an order should not be entered pursuant

*PKC*

MICROFILM

DEC 28 2007

Dec 28 2007 15:58    Fax:914-690-4180    USDC CLERK WP    P.02

toe Federal Rule of Civil Procedure 65 setting aside the results the general election held on November 6, 2007 in the Mount Vernon, New York Mayoral race and ordering that a new election be held on the grounds that defendants' pre election conduct, action, practice, and scheme set forth herein violated the Voting Rights Act of 1965 and 42 U.S.C. section 1983;

IT IS FURTHER ORDERED the defendants are stayed from enforcing, implementing, or carrying out such results of the November 6 2007 general election in the mayoral race in Mount Vernon, New York, including proceeding with the inauguration currently scheduled for January 1, 2007, pending a determination and hearing of this motion ;

IT IS FURTHER ORDERED that service of this order to show cause and the attached exhibits by way of personal service on the defendants on or before ~~December~~ January 4, 200~~7~~8 be deemed sufficient service.

Dated: New York, New York
       December 28, 2007

So Ordered

_____
U.S.D.J

Part I