Rosemarie Jarosz
100 Hutchinson Boulevard
Mount Vernon, NY 10552

27 December 2007

Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150



Your honor:

I am writing to you as a private citizen who is an officer of the Executive Board of the Mount Vernon City Committee of the Conservative Party of New York.

This is a plea for full disclosure regarding the facts and circumstances surrounding the entire primary and election process between Ernest Davis and Clinton Young.

I urge you in the strongest terms to ferret out the **whole truth** during a trial, which I fully support.

In the mean time, I respectfully urge you to issue a stay of the inauguration while the truth is brought to the surface.

Very sincerely,

Rosemarie Jarosz

P.S.  Copies of this letter have been sent to the attorney for the plaintiff and the attorney for the defendant as a courtesy.

# ROADRUNNER Express

Issue Fourteen, Volume One

# An Open Letter to the Black Clergy of Mount Vernon:



Dear Members:

In writing you this letter, please afford me, from the outset to make a few points clear:

I do not write seeking a favour from you; nor do I write as a scheme to sow seeds of divisiveness in your association.

But rather I write as an appeal to the black clergy to do what it has historically done in times of community crises: It has risen to the occasion of identifying the truths in whatever circumstances that might occur, and subsequently, it would premise its positions upon these truths. The most recent November election in Mount Vernon, is calling on the black clergy to once again stand up for the truth. Surely you know that Supporters of Mayor Davis filed a $600 million federal lawsuit in Federal District Court of White Plains, against Mr. Clinton Young, Ms. Janet Snyder, the FBI and the Justice Department. They alleged that the public raid of Mayor Davis' office and a litany of other incidents were conspiratorial. They also alleged that the conspirators fraudulently dethroned Mayor Davis, and politically disenfranchised his supporters.

The defendants, principally, Mr. Clinton Young, responded, denying that the raid was conspiratorial--asserting that the Supporters of Mayor Davis were wrong to characterize the FBI raid as "racially and politically motivated"; and that the lawsuit was "frivolous," and the people had spoken by voting for him. Both sides vowed to aggressively fight to defend their positions to the end.



So that we may get to the bottom of the case, a trial is necessary, as it will invariably reveal the facts, and the facts will unfold the truth. Since only the truth can bring about an authentic and lasting unity, I am respectfully appealing to the clergy to send a letter to Judge Charles L. Brieant, who will preside over the case-- asking of him to take the case to trial.

Afford me at this juncture to say, that there are those who would have the Supporters of Mayor Davis to disappear from Mount Vernon's political landscape--and post-haste. But of course they're people, who lack vision, conviction, courage and a clear understanding of the need for change, and an understanding of how to effectuate said change. And indeed, they're devoid of the necessary passion to make the fundamental changes that are required for all the citizens of Mount Vernon.



These people who're attempting to convince Supporters of Mayor Davis to give up the fight, are also preoccupied with how to "hustle" the city out of a few bucks, as opposed to how to structurally, culturally and socially evolve it. That Supporters of Mayor Davis are devoted to building the city for the good of all its citizens, as opposed to a select few, the black bourgeois opportunists and the ill-informed black profiteers want them to be gone. But be assured of this: Supporters of Mayor Davis are not going anyplace.



While Supporters of Mayor Davis are opting to expose the voting fraud and corruption in the Mount Vernon voting system, and to expose the racial and political motives behind the FBI's public raid of Mayor Davis' office--and to point out that the raid caused psychological trauma



to untold numbers of black voters, particularly the elderly, the sleek, black, bourgeois opportunists and the black profiteers, want to ignore these vile offences--and to irresponsibly sweep them under the carpet--cowardly leaving them there to fester and soar--and for the next generation to inherit and wrestle with to eliminate.

Of late, Mr. Clinton Young and his agents even have been sowing seeds of defeatism, as a half-baked scheme to encourage Supporters of Mayor Davis to acquiesce and leave the corruption in the voting system alone. They've begun to say, "-- let it go--and don't be vindictive-- get over it--don't be a sore loser--let things stay as they are--"

I would ask at this point, how can black men and women consciously and conscientiously ignore and leave the voting corruption alone? How can they know that black men schemed and engaged in subterfuge to unseat another black man, but just "--let it go--"?

How can they know that the FBI, with the press awaiting its arrival, went to City Hall and hoisted empty boxes up out of the mayor's office, humiliating him and his administration, but "--don't be vindictive--"? How can they know that the raid upset many African Americans, in all probability traumatized many of them, particularly the elderly, but just "--get over it--"?

How can they also know that the young men of Mount Vernon, who had brushes with the law, would stay away from the polls upon learning of the FBI raid, but just "--don't be a sore loser--let things stay as they are--"?

Clearly, these are thoughts of some of our misinformed, sick brothers and sisters. Their ideas are largely warped and jaded; their esteem is extremely low; deep down in the recesses of their minds, if not their souls, they fantasize, dream, wish, and desire to be in the white world. They harbour self-hatred and see themselves as inferiors to whites, as they've internalized their oppression. All of these abhorrent conditions, are systemic of four hundred years of brutal and unfathomable subjugation.

I might add, that one of the most dangerous tendencies of any oppressed people, is to delusion themselves to believe that they cannot do anything about their plight. Having digested and processed this idea over a period of time, invariably they become habituated to believe that since they cannot do anything about the corruption, in this instance voting corruption, they then cede to become benefactors of the corruption. The ancient Greek philosopher, Aristotle so clearly states, that should the leadership of society fail to dispense justice, then the masses will not adhere to it.

Unfortunately, this is the predicament that exists here in the city of Mount Vernon, for the young and old. If its leadership cannot dispense justice during a campaign, but rather engages in clandestine fraud and deception to get elected, then it's a matter of time before the people do the same -- in their quest for the good life. The corruption then becomes cancerous, and if it's not eradicated, it will in due time, spread throughout every neighbourhood in the city.

This is precisely why Supporters of Mayor Davis have lodged their $600,000,000 dollar lawsuit. They intend to get to the root of the voting corruption and to purge it for once and for all. They feel that they owe this to themselves, their children--and all of the beautiful brothers and sisters, (blacks and whites), who gave up their lives so the Voting Right Act would become a living reality for millions of African Americans, who were still locked in the strong arms of Jim Crow in the deep south region of this nation.

In closing, let me say again, that the most immediate step that the clergy can take toward deriving the truth in the case, is to write a letter to Judge Charles L. Brieant, and urge him to conduct a public trial in this case. This request does not require of the clergy to take sides; it merely challenges the clergy to exercise the necessary steps to divulge the facts in the case and as a consequence, the truth.

Of course Mr. Clinton Young and his cohorts will vehemently oppose a public trial. They will dig in and fight fiercely and feverishly to resist such, for they know once a trial begins, it'll be a matter of time before the facts will be revealed and the truth unveiled. When this moment is upon the public, Mr. Clinton Young and his coterie of schemers will then indeed go packing. I have written to you this letter in the spirit of seeking truth in this case, and I trust that you will receive my letter in this same spirit. Dr. Martin King would, were he with you --"Dare to Struggle; Dare to Win--"
Sincerely,

*Curt Stewart*

Coordinator for Supporters of Mayor Davis



**FOUR SEASONS** Real Estate Center



*[Handwritten endorsement:]* Application Granted. So Ordered. Jan. 4, 2008  Charles L. Brieant

December 27, 2007

Honorable Judge Charles L. Brieant
U.S. District Court
United States District Court for the Southern District of New York (White Plains)

RE:   Davis et al vs. United States Justice Department et al.
      Civil Docket for Case #: 7:07-cv-09897-CLB

    Please be advised that at this time we would like our names to be removed from the above referenced federal lawsuit. While we whole heartedly supported our friend, Mayor Ernest D. Davis, in both the primary and general elections, at this time we have made a personal decision to move forward and not be a party to any legal action. Certainly, this should not be construed as our not having serious concern regarding the timing of the FBI and Department of Justice investigations and probe into Mayor Davis' administration and personal finance - a mere three weeks before the General Election - but is our personal desire to focus our energy on moving forward with our business *of serving the residents of the City of Mount Vernon* and attending to the needs of our family.

    In closing, we offer our sentiments of good wishes in your representation of other citizens of Mount Vernon who continue to see fit to pursue legal recourse. Please forward to our attention any documentation necessary to remove our names from this matter. If you have any questions of require additional information, please do not hesitate to contact us at the above referenced address and phone numbers.

Sincerely,

Darryl Selsey
Elvira Castillo

*[Stamp: DEC 27 2007 USDC-SDNY]*

*557 Gramatan Avenue  |  Mount Vernon, New York  10552  |  Phone: 914.667.6767  |  Fax: 914.667.8181  |  Email: fsrec.com*

```
***************************************************************************
*                            TRANSACTION REPORT                           *
*                            ------------------                 P.01      *
*                                                    NOV-13-2007 TUE 04:58 PM *
*                                                                          *
*   FOR:  FOUR SEASONS R E CENTER        9146678181                        *
*--------------------------------------------------------------------------*
*   DATE   START    RECEIVER        TX TIME   PAGES TYPE    NOTE      M#  DP *
*--------------------------------------------------------------------------*
*   NOV-13 04:58 PM 12122396900       26"      2  SEND     OK          065  *
*--------------------------------------------------------------------------*
*                                      TOTAL :  26S  PAGES:  2            *
***************************************************************************
```



# Four Seasons Real Estate Center
## FAX TRANSMITTAL SHEET

From: Darryl R. Selsey, ABR, CRB, CRS, CSN, GRI
      Broker/Owner

To: Stephan C. Jackson, ESQ.

Company: Four Seasons Real Estate Center    Date: 11/13/07

Our Fax: # 914-667-6767    Total Pages incl. cover: 2

Our Phone: # 914-667-8181   Faxed to: 212-239-6900

Re:
        ✓ Urgent



**FOUR SEASONS**
*Real Estate Center*

Mr. Stephen C. Jackson
5th Avenue
New York, New York

RE:   Friends of Ernie Davis vs. Department of Justice et al.

    Please be advised that at this time we would like our names to be removed from the above referenced federal lawsuit. While we whole heartedly supported our friend, Mayor Ernest D. Davis, in both the primary and general elections, at this time we have made a personal decision to move forward and not be a party to any legal action. Certainly, this should not be construed as our not having serious concern regarding the timing of the FBI and Department of Justice investigations and probe into Mayor Davis' administration and personal finance - a mere three weeks before the General Election - but is our personal desire to focus our energy on moving forward with our business *of serving the residents of the City of Mount Vernon* and attending to the needs of our family.

    In closing, we offer our sentiments of good wishes in your representation of other citizens of Mount Vernon who continue to see fit to pursue legal recourse. Please forward to our attention any documentation necessary to remove our names from this matter. If you have any questions or require additional information, please do not hesitate to contact us at the above referenced address and phone numbers.

Darryl R. Selsey

Elvira Castillo



# Four Seasons Real Estate Center
## FAX TRANSMITTAL SHEET

From: Darryl R. Selsey, ABR, CRB, CRS, CSN, GRI
       Broker/Owner

To: Stephan C. Jackson, ESQ.

Company: Four Seasons Real Estate Center     Date: 11/13/07

Our Fax: # 914-667-6767        Total Pages incl. cover: 2

Our Phone: # 914-667-8181      Faxed to: 212-239-6900

Re:
☑ Urgent
○ For Review
○ Please Comment
○ Please Reply

Notes or Comments:

Removal from Lawsuit

---

Confidentiality Notice: This fax is intended only for the addressee above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying or dissemination of this transmission or the taking of any action in reliance on its contents, or other use is strongly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

557 Gramatan Avenue, Mt Vernon, NY 10552 (914) 667-6767 (914) 667-8181

# FAX COVER SHEET

## Law Office of Stephen C. Jackson
Empire State Building
350 Fifth Avenue, Suite 2310
New York, New York 10118
Phone: (212) 643-2394
Fax: (212) 239-6900

| | |
|---|---|
| Send to: Mr. Daryl Selsy | From: Stephen C. Jackson, Esq. |
| Attention: 914-667-8181 | Date: December 14th 2007 |
| Re: | Office location: 350 Fifth Avenue, Suite 2310 |
| Fax number: | Phone number: (212) 643-2394 |

☐ Urgent  ☐ Reply ASAP  ☐ Please comment  ☐ Please review  ☐ For your information

Total pages (including cover): 2

**Comments:**

Elvira Castillo

THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVE THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

## *Stephen Curtis Jackson*

**Attorney At Law**
**Empire State Building**
**350 Fifth Avenue, Suite 2310**
**New York, New York 10118**

Stephen C. Jackson

Phone: (212) 643-2394
Fax: (212) 239-6900

**VIA FAX**

December 14, 2007

Re: <u>**DAVIS v. FBI et al.**</u>

Dear Ms. Elvira Castillo:

    Please be advised that I acknowledge your request to be removed as a plaintiff in the Davis action. I will remove your name at the appropriate time. If you have any questions you please do not hesitate to call this office.

Very truly yours,

Stephen C. Jackson, Esq.

# FAX COVER SHEET

**Law Office of Stephen C. Jackson**
**Empire State Building**
350 Fifth Avenue, Suite 2310
New York, New York 10118
Phone: (212) 643-2394
Fax: (212) 239-6900

| Send to: Mr. Daryl Selsy | From: Stephen C. Jackson, Esq. |
|---|---|
| Attention: 914-667-8181 | Date: December 14th 2007 |
| Re: | Office location: 350 Fifth Avenue, Suite 2310 |
| Fax number: | Phone number: (212) 643-2394 |

☐ Urgent  ☐ Reply ASAP  ☐ Please comment  ☐ Please review  ☐ For your information

Total pages (including cover): 2

**Comments:**

THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVE THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

## Stephen Curtis Jackson

**Attorney At Law**
**Empire State Building**
**350 Fifth Avenue, Suite 2310**
**New York, New York 10118**

Stephen C. Jackson

Phone: (212) 643-2394
Fax: (212) 239-6900

**VIA FAX**

December 14, 2007

**Re DAVIS v. FBI et al.**

Dear Mr. Daryl Selsy:

    Please be advised that I acknowledge your request to be removed as a plaintiff in the Davis action. I will remove your name at the appropriate time. If you have any questions you please do not hesitate to call this office.

Very truly yours,

Stephen C. Jackson, Esq.

Current Folder: **INBOX**

Compose  Addresses  Folders  Options  Search  Help  Fetch

Message List | Delete | Edit Message as New     Previous | Next     Forward | Forward as Attachment | Reply | Reply All

**Subject:** Removal from Lawsuit
**From:** "E Castillo-Selsey" <ecastillo@fsrec.com>
**Date:** Wed, November 21, 2007 11:52 am
**To:** Stevenjacklaw@aol.com
**Cc:** dselsey@fsrec.com
**Priority:** High
**Read receipt:** requested
**Options:** View Full Header | View Printable Version | View Message details

Dear Mr. Jackson,

Attached you will find earlier correspondence that was sent to your attention, and at this time I respectfully request that you send me written confirmation acknowledging that my name (Darryl Selsey) and that of my wife (Elvira Castillo) be immediately removed from said lawsuit.

Sincerely,

Darryl Selsey

Elvira Castillo

Download this as a file

**Attachments:**

Removal from Lawsuit.doc     40 k     [ application/msword ]     download

Delete & Prev | Delete & Next

Move to: INBOX   [ Move ]

Stephen C. Jackson, Esq.
350 5th Avenue
New York, New York 10118


RE:   Friends of Ernie Davis vs. Department of Justice et al.


  Please be advised that at this time we would like our names to be removed from the above referenced federal lawsuit. While we whole heartedly supported our friend, Mayor Ernest D. Davis, in both the primary and general elections, at this time we have made a personal decision to move forward and not be a party to any legal action. Certainly, this should not be construed as our not having serious concern regarding the timing of the FBI and Department of Justice investigations and probe into Mayor Davis' administration and personal finance - a mere three weeks before the General Election - but is our personal desire to focus our energy on moving forward with our business *of serving the residents of the City of Mount Vernon* and attending to the needs of our family.

  In closing, we offer our sentiments of good wishes in your representation of other citizens of Mount Vernon who continue to see fit to pursue legal recourse. Please forward to our attention any documentation necessary to remove our names from this matter. If you have any questions of require additional information, please do not hesitate to contact us at the above referenced address and phone numbers.


Sincerely,


Darryl Selsey

Elvira Castillo

**SquirrelMail**   Page 1 of 1

Current Folder: **INBOX**

Compose  Addresses  Folders  Options  Search  Help  Fetch

Message List | Delete | Edit Message as New    Previous | Next    Forward | Forward as Attachment | Reply | Reply All

    **Subject:** Read: Removal from Lawsuit
       **From:** "Darryl Selsey" <dselsey@fsrec.com>
       **Date:** Wed, November 21, 2007 1:34 pm
         **To:** ecastillo@fsrec.com
  **Priority:** Normal
   **Options:** View Full Header | View Printable Version | View Message details

```
Your message

     To:  Stevenjacklaw@aol.com
     Subject: Removal from Lawsuit
     Sent: Wed, November 21, 2007 11:52 am

Was displayed on Wed, November 21, 2007 1:34 pm
```

     Download this as a file

**Attachments:**

| untitled-[2] | 0.2 k | [ message/disposition-notification ] | download | view |

Delete & Prev | Delete & Next

Move to: INBOX  [Move]

## U.S. District Court
### United States District Court for the Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:07-cv-09897-CLB

| | |
|---|---|
| Davis et al v. United States Justice Department et al | Date Filed: 11/08/2007 |
| Assigned to: Judge Charles L. Brieant | Jury Demand: Plaintiff |
| Demand: $100,000 | Nature of Suit: 441 Civil Rights: Voting |
| Cause: 42:1973 Voting Rights Act of 1965 | Jurisdiction: Federal Question |

**Plaintiff**

Ernest Davis                            represented by  **Stephen Curtis Jackson, Sr**
                                                        Stephen Curtis Jackson, Esq.
                                                        350 Fifth Avenue
                                                        New York, NY 10118
                                                        (212) 643-2394
                                                        Fax: (212)-239-6900
                                                        Email: stevenjacklaw@aol.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lisa Copeland                           represented by  **Stephen Curtis Jackson, Sr**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lisa Copeland                           represented by  **Stephen Curtis Jackson, Sr**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Raymond Copeland, Jr.                   represented by  **Stephen Curtis Jackson, Sr**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ray Copeland, Sr.                       represented by  **Stephen Curtis Jackson, Sr**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kohain Natany A Halevi                  represented by  **Stephen Curtis Jackson, Sr**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas L. Terry                         represented by  **Stephen Curtis Jackson, Sr**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*