**EDNA BRINGER**
**110 NORTH THIRD AVENUE – APT. 5C**
**MOUNT VERNON, NEW YORK 10550**

**MEMO ENDORSED** January 6, 2008

*[Handwritten in left margin: Application Granted So Ordered January 9, 2008 Charles Brieant USDJ]*

The Honorable Charles L. Brieant
300 Quarropas Street
White Plains, New York 10601

Re:       Notice for Removal as Plaintiff in the Matter of
           Ernest Davis, et al. v. United States Justice Department,
           Federal Bureau of Investigation, et al.
           <u>Index #9897/07</u>

Your Honor:

      With respect to the above-mentioned matter, please be advised that the name, Dorothy Edna Bringer, appearing as plaintiff(s)/party to this action is erroneous. I did not consent and/or agree to be included in this court action.

      A notarized letter was faxed to Stephen Jackson, plaintiff's counsel on November 16th requesting that the name be removed. However, at this writing, Dorothy Edna Bringer still appears as party to this action.

      Attached herewith are a copy of my faxed letter to Stephen Jackson requesting removal of Dorothy Edna Bringer and a copy of page one of the Jury Demand filed in U.S. District Court on November 8, 2007 for your review.

      Thank you for your assistance in this matter.

                                                  Very truly yours,

                                                 Edna Bringer
                                                 Edna Bringer

attachments

cc:  Stephen C. Jackson, Esq.
      350 Fifth Avenue – Suite 310
      New York, New York 10118
      **<u>Certified Mail/Return Receipt Requested</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ERNEST DAVIS, LISA COPELAND, RAYMOND
COPELAND JR.,RAY COPELAND SR., KOHAIN NATANY
A HALEVI,THOMAS L. TERRY, ELVIRA CASTILLO,
BARBARA PERRY, DOROTHY EDNA BRINGER,
VALERIE CAMPBELL, OSCAR DAVIS JR., MARLENE
PIEROT, ANGELO SQUITIERI, MARIA ELLIS, DAVIS
WILLIAMS, DARYL SELSY,

**BRIEANT**

**07 CIV. 9897**

JURY DEMANDED

CV No.:

                        Plaintiff

**COMPLAINT**

                        -against-

UNITED STATES JUSTICE DEPARTMENT, FEDERAL
BUREAU OF INVESTIGATION, UNITED STATES
ATTORNEY'S OFFICE, NEW YORK STATE BOARD OF
ELECTIONS, WESTCHESTER COUNTY BOARD OF
ELECTIONS,CLINTON YOUNG, JANET SNYDER.

                        Defendants.
-----------------------------------------------------------------------------X

      Plaintiff, by his attorney Stephen C. Jackson, Esq., as for their

complaint against the defendants respectfully sets forth as follows:

## JURISDICTION

1.      This action is brought pursuant to 42 U.S.C. 1973 to 1973aa-6( Voting Rights

Act of 1964), 197. .42 U.S.C. §§1983, 1985 and 1988 and the First, Fourth, Fifth and

Fourteenth Amendments to the United States Constitution. Jurisdiction is founded upon

28 U.S.C. §§ 1331 and 1341 (3) and (4), and the aforementioned statutory and

constitutional provisions. Plaintiff further invokes the pendant jurisdiction of this court to

hear and decide claims arising under New York State Law.

November 16, 2007

Stephen C, Jackson
350 Fifth Avenue, Suite 310
New York, NY 10118

**RE: FRIENDS OF ERNIE DAVIS VS DEPARTMENT OF JUSTIS ET AL**

Dear Mr. Jackson:

    I would like at this time to remove my name from the above referenced federal lawsuit. I am a supporter of Mayor Ernie Davis. I worked as a volunteer on his campaign, but I do not want to be a part of any legal actions.

    I wish your citizens of Mount Vernon well on their efforts to pursue legal recourse. If any other information on my behalf is needed, don't hesitate to let me know.

    Please note, whoever put my name on the list signed it incorrectly. My name is **Edna Bringer** not **Dorothy Edna Bringer**.

Sincerely,

*Edna Bringer*

Edna Bringer

GERALD    CHRISTIANA
Commissioner of Deeds
In and For the City of Mount Vernon
Commission Expires Dec 31, 200_

1/16/07

XMT REPORT

Nov. 15 2007 06:14PM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 01 | 2122396900 | Nov. 15 06:13PM | 00'47 | TX | 01 | OK |

IF YOU HAVE A PROBLEM WITH YOUR FAX, CALL TOLL-FREE 1-800-HELP-FAX (1-800-435-7329).