MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ROSS E. MORRISON
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York 10007
Telephone: (212) 637-2691
Facsimile: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x      ECF CASE
ERNEST DAVIS, et al.,                                          :

               Plaintiffs,          :     **07 Civ. 9897 (CLB)**

   - against -                                              :     **NOTICE OF APPEARANCE AND REQUEST**
                                                                    **FOR ELECTRONIC NOTIFICATION**

UNITED STATES JUSTICE                                          :
DEPARTMENT, et al.,
                                                            :
               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney, attorney for Defendant United States Department of Justice, Federal Bureau of Investigation, and the United States Attorney's Office for the Southern District of New York, respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       January 17, 2008

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York
                         Attorney for Defendant United States Department of Justice, Federal Bureau of Investigation, and the United States Attorney's Office for the Southern District of New York

By: /s/  Ross E. Morrison
     ROSS E. MORRISON
     Assistant United States Attorney
     86 Chambers Street -- 3rd Floor
     New York, New York 10007
     Telephone: (212) 637-2691
     E-mail: ross.morrison@usdoj.gov