The EFTF is concerned with only criminal law violations.

The federal members of the EFTF should be aware of the DoJ policy of not attempting to influence the outcome of an election through investigation or prosecution. I am not aware of any prosecution which will commence before November 2, 2004. I know Donsanto would not authorize such action because he has stated the same.

Let me know if you need any other information.

David

-----Original Message-----
**From:** Scottfinan, Nancy
**Sent:** Monday, October 04, 2004 11:48 AM
**To:** Iglesias, David
**Cc:** Shackelford, Kelly
**Subject:** Please give me a

call about your election activities. We have again heard from Senator Bingaman's office. 202-514-3752. Thanks.

**Tracking:**

| Recipient | Read |
|---|---|
| Scottfinan, Nancy | Read: 10/6/2004 8:52 PM |
| Roberts, Crystal | Read: 10/6/2004 8:16 PM |

2

DAG000002329

## Moschella, William

| | |
|---|---|
| From: | Moschella, William |
| Sent: | Wednesday, October 06, 2004 7:54 PM |
| To: | Scottfinan, Nancy |
| Cc: | Roberts, Crystal |
| Subject: | RE: NM Election Fraud Task Force Action Since Sept 7 |

Let's talk tomorrow about this.

-----Original Message-----
| | |
|---|---|
| From: | Scottfinan, Nancy |
| Sent: | Wednesday, October 06, 2004 3:03 PM |
| To: | Moschella, William |
| Cc: | Roberts, Crystal |
| Subject: | FW: NM Election Fraud Task Force Action Since Sept 7 |
| Importance: | High |

Following my conference call with USA Iglesias, this is what we can say to Senator Bingaman's Chief of Staff--

- USA Inglesias set up his task force after he was contacted by the office of Bernaillo County Clerk Mary Herrera (D) who asked to meet about 3,000 suspicious registrations.

- He also received a letter from the sheriff about these registrations.

- His task force is a non-partisan state federal task force. They had one meeting in September to review calls made to a tip line. They had a second meeting today at which time he advised the task force that there would be no investigations or prosecutions in this time period prior to the election. This is by the book and in accordance with long-standing Department policy.

- Any action that he takes is coordinated with the Election Crimes Unit within the Public Integrity Section (Criminal Division).

Additional background is below

-----Original Message-----
| | |
|---|---|
| From: | Iglesias, David |
| Sent: | Monday, October 04, 2004 5:35 PM |
| To: | Scottfinan, Nancy |
| Subject: | NM Election Fraud Task Force Action Since Sept 7 |
| Importance: | High |

Here's what the NM Election Fraud Task Force (EFTF) has done since its inception on SEP 7, 2004. We have had one meeting to review calls made to the EFTF tip line. Those present included the FBI SAC, Andreas Steffans, EAUSA Rumaldo Armijo, AUSA Virgil Lewis, SA Mark Humphries, NM DPS Deputy (?) Chief Rich Newman, myself, Craig Donsanto (via phone conference) of the Public Integrity Section, DoJ, and Larry McDonald, Dept of Veterans Affairs, OIG, also via phone conference.

There have been no press releases or press conferences held by me or my office since before the SEP 7 establishment of the EFTF. I declined to be interviewed by CNN and delegated a Washington Post reporter inquiry to my press officer, AUSA Norm Cairns. There have been no other press inquires since the Washington Post story of a week or two ago.

There will be another meeting of the EFTF on WED, OCT 6. Craig Donsanto has not authorized the FBI to open any case. Donsanto has, however, authorized 2 investigations to be opened--

DAG000002328

## Moschella, William

| | |
|---|---|
| From: | Moschella, William |
| Sent: | Thursday, September 30, 2004 4:42 PM |
| To: | Scottfinan, Nancy |
| Cc: | Roberts, Crystal; Webb, Lauren |
| Subject: | FW: pls call Stephen Ward w/ Senator Bingaman 224-0175 re: US Attorney - Albuquer( NM Voter Fraud Task Force & the Senator's concern about the Task Force |

Senator Bingaman's COS called to inquire about David Iglesias's task force on voter fraud. He is faxing me some materials from the local press and is concerned about the intimidation of voters. Lauren will get you copies of whatever he faxes to x4482.

He specifically asked why was the task force established? He is unaware of any allegation of wide-spread voter fraud. He also mentioned that they spoke to the local FBI who indicated that the task force "was on thin ice" and was not sure what the Bureau's involvement would be.

-----Original Message-----
| | |
|---|---|
| From: | Reid, Mary |
| Sent: | Tuesday, September 28, 2004 5:27 PM |
| To: | Moschella, William |
| Subject: | pls call Stephen Ward w/ Senator Bingaman 224-0175 re: US Attorney - Albuquerque, NM Voter Fraud Task Force & the Senator's concern about the Task Force |

Tracking:

| Recipient | Read |
|---|---|
| Scottfinan, Nancy | Read: 9/30/2004 4:55 PM |
| Roberts, Crystal | Read: 9/30/2004 4:49 PM |
| Webb, Lauren | Read: 9/30/2004 4:46 PM |

1

DAG000002327