MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ROSS E. MORRISON
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2691
Fax: (212) 637-2786

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x  **ECF CASE**
ERNEST DAVIS, et al.,                              :

        Plaintiffs,           :   **07 Civ. 9897 (CLB)**

                                :   **NOTICE OF MOTION**
    - against -
                                :

UNITED STATES JUSTICE
DEPARTMENT, et al.,               :

        Defendants.           :
------------------------------------x

      PLEASE TAKE NOTICE that upon the Amended Complaint herein; the accompanying Declaration of Ross E. Morrison, dated February 22, 2008, and the exhibits annexed thereto; the accompanying memorandum of law; and upon all the pleadings heretofore filed in this action, defendants United States Department of Justice, Federal Bureau of Investigation and the United States Attorney's Office for the Southern District of New York (collectively, the "federal defendants"), by their attorney Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Charles L. Brieant, United States District Judge, on April 11, 2008, at 11:00 a.m., at the United States Courthouse, Courtroom 218, 300 Quarropas Street, White Plains, New York 10601, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, granting the federal defendants' motion to dismiss

the Amended Complaint in its entirety, as well as for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the prior Order of the Court, answering papers, if any, are due to be served upon the undersigned on or before March 21, 2008.

Dated: New York, New York
       February 22, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Attorney for the Federal Defendants

By:    /s/ Ross E. Morrison
        ROSS E. MORRISON
        Assistant United States Attorney
        Telephone: (212) 637-2691
        Facsimile:  (212) 637-2786
        E-mail: ross.morrison@usdoj.gov

TO:    Stephen C. Jackson, Esq.
        Attorney for Plaintiff
        350 Fifth Avenue   Suite 2310
        New York, New York 10118