MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ROSS E. MORRISON
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2691
Fax: (212) 637-2786

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERNEST DAVIS, et al.,

        Plaintiffs,

- against -

UNITED STATES JUSTICE
DEPARTMENT, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

07 Civ. 9897 (CLB)

**DECLARATION OF**
**ROSS E. MORRISON**

ROSS E. MORRISON, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

    1.    I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for defendants United States Department of Justice, Federal Bureau of Investigation and the United States Attorney's Office for the Southern District of New York (collectively, the "federal defendants"), in the above-captioned action. I have been assigned to defend this matter, and am familiar with the proceedings herein. I make this declaration in support of the federal defendants' Motion to Dismiss the Amended Complaint.

    2.    Attached hereto as Exhibit A is a true and correct copy of the current docket

sheet in this action.

       3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Amended Complaint, dated November 12, 2007, in this action.

       4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the transcript of the hearing held on December 28, 2007, in this action by Judge P. Kevin Castel of this Court.

       5.      Attached hereto as <u>Exhibit D</u> are true and correct copies of plaintiffs' Order to Show Cause for a Preliminary Injunction, dated December 28, 2007, Affirmation with attached exhibits, dated December 28, 2007, and a Memorandum of Law in Support of Application for a Preliminary Injunction.

       6.      Attached hereto as <u>Exhibit E</u> are true and correct copies of newspaper articles of various dates, concerning some of the background facts related to the Amended Complaint in this action.

       7.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of a "Second Amended Complaint," filed with the Court by plaintiffs on February 5, 2008.

Dated: New York, New York
       February 22, 2008

                                        /s/ Ross E. Morrison
                                        ROSS E. MORRISON
                                        Assistant United States Attorney