Exhibit A

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:07-cv-09897-CLB

| | |
|---|---|
| Davis et al v. United States Justice Department et al | Date Filed: 11/08/2007 |
| Assigned to: Judge Charles L. Brieant | Jury Demand: Plaintiff |
| Demand: $100,000 | Nature of Suit: 441 Civil Rights: Voting |
| Cause: 42:1973 Voting Rights Act of 1965 | Jurisdiction: Federal Question |

**Plaintiff**

Ernest Davis     represented by **Stephen Curtis Jackson, Sr**
Stephen Curtis Jackson, Esq.
350 Fifth Avenue
New York, NY 10118
(212) 643-2394
Fax: (212)-239-6900
Email: stevenjacklaw@aol.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lisa Copeland     represented by **Stephen Curtis Jackson, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lisa Copeland     represented by **Stephen Curtis Jackson, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Raymond Copeland, Jr.     represented by **Stephen Curtis Jackson, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ray Copeland, Sr.     represented by **Stephen Curtis Jackson, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kohain Natany A Halevi     represented by **Stephen Curtis Jackson, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas L. Terry                           represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Elvira Castillo                           represented by **Stephen Curtis Jackson, Sr**
*TERMINATED: 01/04/2008*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Barbara Perry                             represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Valerie Campbell                          represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Oscar Davis, Jr.                          represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Marlene Pierot                            represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Angelo Squitieri                          represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Maria Ellis                               represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Davis Williams                            represented by **Stephen Curtis Jackson, Sr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Daryl Selsy                               represented by **Stephen Curtis Jackson, Sr**
*TERMINATED: 01/04/2008*                                 (See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Justice Department**    represented by **Ross Eric Morrison**
U.S. Attorney's Office, SDNY (86 Chambers St.)
86 Chambers Street
New York, NY 10007
(212) 637-2200
Email: ross.morrison@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Bureau of Investigation**    represented by **Ross Eric Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Attorney's Office**    represented by **Ross Eric Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York State Board of Elections**

**Defendant**

**Westchester County Board of Elections**

**Defendant**

**Clinton Young**

**Defendant**

**Janet Snyder**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | COMPLAINT against United States Justice Department, Federal Bureau of Investigation, United States Attorney's Office, New York State Board of Elections, Westchester County Board of Elections, Clinton Young, Janet Snyder. (Filing Fee $ 350.00, Receipt Number 624894)Document filed by Barbara Perry, Dorothy Edna Bringer, Valerie Campbell, Oscar Davis, Jr, Marlene Pierot, Angelo Squitieri, Maria Ellis, Davis Williams, |

| | | |
|---|---|---|
| | | Daryl Selsy, Ernest Davis, Lisa Copeland, Raymond Copeland, Jr, Ray Copeland, Sr, Kohain Natany A Halevi, Thomas L. Terry, Elvira Castillo. (jma) (Entered: 11/09/2007) |
| 11/08/2007 | | SUMMONS ISSUED as to United States Justice Department, Federal Bureau of Investigation, United States Attorney's Office, New York State Board of Elections, Westchester County Board of Elections, Clinton Young, Janet Snyder. (jma) (Entered: 11/09/2007) |
| 11/08/2007 | | Case Designated ECF. (jma) (Entered: 11/09/2007) |
| 11/08/2007 | | Magistrate Judge George A. Yanthis is so designated. (jma) (Entered: 11/09/2007) |
| 11/12/2007 | 2 | PETITION to Perpetuate Testimony Document filed by Ernest Davis. (Jackson, Stephen) (Entered: 11/12/2007) |
| 11/12/2007 | 3 | FIRST AMENDED CROSSCLAIM amending 1 Complaint,, against all plaintiffs.Document filed by Ernest Davis. Related document: 1 Complaint,, filed by Thomas L. Terry, Angelo Squitieri, Dorothy Edna Bringer, Ray Copeland, Sr., Ernest Davis, Elvira Castillo, Oscar Davis, Jr., Marlene Pierot, Lisa Copeland, Barbara Perry, Maria Ellis, Davis Williams, Valerie Campbell, Raymond Copeland, Jr., Kohain Natany A Halevi, Daryl Selsy.(Jackson, Stephen) (Entered: 11/12/2007) |
| 11/21/2007 | 4 | ORDER FOR COURT CONFERENCE: Conference set for 1/11/2008 at 09:00 AM before Judge Charles L. Brieant. (Signed by Judge Charles L. Brieant on 11/21/07) (fk) (Entered: 11/27/2007) |
| 12/28/2007 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Oral Argument held on 12/28/2007 re: 5 Order to Show Cause,, filed by Thomas L. Terry, Oscar Davis, Jr., Angelo Squitieri, Marlene Pierot, Ray Copeland, Sr., Lisa Copeland, Ernest Davis, Barbara Perry, Davis Williams, Elvira Castillo, Maria Ellis, Valerie Campbell, Raymond Copeland, Jr., Daryl Selsy, Kohain Natany A Halevi. See transcript. See Order to Show Cause dated December 28, 2007. The Order to Show Cause is granted in part and denied in part. (Court Reporter Rebecca Forman) (ad) (Entered: 01/14/2008) |
| 01/03/2008 | 5 | ORDER TO SHOW CAUSE filed by Barbara Perry, Dorothy Edna Bringer, Valerie Campbell, Oscar Davis, Jr, Marlene Pierot, Angelo Squitieri, Maria Ellis, Davis Williams, Daryl Selsy, Ernest Davis, Lisa Copeland, Raymond Copeland, Jr, Ray Copeland, Sr, Kohain Natany A Halevi, Thomas L. Terry, Elvira Castillo. Defendants shall show cause as to why an order should not be entered pursuant to Federal Rule of Civil Procedure 65 setting aside the results of the general election held on 11/6/07 in Mount Vernon, N.Y.. Show Cause Hearing set for 1/18/2008 at 10:00 AM before Judge Charles L. Brieant. (Signed by Judge P. Kevin Castel on 12/28/07) (fk) (Entered: 01/07/2008) |
| 01/04/2008 | 6 | ENDORSED LETTER addressed to Judge Charles L. Brieant from Elvira Castillo and Darryl Selsey dated 12/27/07 re: Request for their names to be removed from the above referenced lawsuit. |

| | | |
|---|---|---|
| | | ENDORSEMENT: Application Granted. So Ordered. (Signed by Judge Charles L. Brieant on 1/4/08) (fk) (Entered: 01/07/2008) |
| 01/04/2008 | 7 | LETTER addressed to Judge Charles L. Brieant from Rosemarie Jarosz dated 12/27/07 re: I am writing to you as a private citizen who is an officer of the Executive Board of the Mount Vernon City Committee of Conservative Party of New York..... (jma) (Entered: 01/07/2008) |
| 01/09/2008 | 8 | ENDORSED LETTER addressed to Hon. Charles L. Brieant from Edna Bringer dated 01/06/2008 re:.....requesting removal of Dorothy Edna Bringer and a copy of page one of the Jury Demand filed in US District Court on Nov. 8, 2007 for your review...... ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Charles L. Brieant on 01/09/2008) (jma) (Entered: 01/10/2008) |
| 01/11/2008 | | Minute Entry for proceedings held before Judge Charles L. Brieant: Conference held on 1/11/2008, ( Order to Show Cause served due by 2/22/2008., Returnable due by 4/11/2008). File motion to dismiss which will be addressed along with Plaintiffs' Order to Show Cause to be served by 2/22/08 and made returnable 4-11-08 at 11:00AM. Submitted by Alice Cama, Courtroom Deputy. (gco) (Entered: 01/23/2008) |
| 01/17/2008 | 9 | NOTICE OF APPEARANCE by Ross Eric Morrison on behalf of United States Justice Department, Federal Bureau of Investigation, United States Attorney's Office (Morrison, Ross) (Entered: 01/17/2008) |
| 01/30/2008 | 10 | TRANSCRIPT of proceedings held on 12/28/07 before Judge P. Kevin Castel. (jbe) (Entered: 01/30/2008) |
| 02/05/2008 | 11 | MOTION for Judgment. Document filed by Ernest Davis. Return Date set for 4/11/2008 at 11:00 AM. (Attachments: # 1 Exhibit us attorney docs, # 2 Exhibit second amended complaint)(Jackson, Stephen) (Entered: 02/05/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2008 13:40:59 | | | |
| PACER Login: | us3365 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 7:07-cv-09897-CLB |
| Billable Pages: | 3 | Cost: | 0.24 |