Exhibit C

7CS3DAVC                        Conference

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    ERNEST DAVIS, et al.,

4                     Plaintiffs,

5              v.                          07 CV 9897 (CLB)

6    UNITED STATES JUSTICE
     DEPARTMENT, et al.,
7
                     Defendants.
8
     ------------------------------x
9                                          New York, N.Y.
                                           December 28, 2007
10                                         4:45 p.m.

11   Before:

12                  HON. P. KEVIN CASTEL,

13                                         District Judge

14                     APPEARANCES

15   STEPHEN C. JACKSON, via telephone
          Attorney for Plaintiffs
16

17   MICHAEL J. GARCIA
          United States Attorney for the
18        Southern District of New York for Defendants Department of
     Justice, FBI, and United States Attorney's Office for the
19   Southern District of New York
     NEIL CORWIN
20        Assistant United States Attorney

21

22

23

24

25

7CS3DAVC                              Conference

1          (In the robing room)

2          THE COURT:  This is Judge Castel.  I am present with a

3    court reporter and my law clerks and courtroom deputy.  Also

4    present is counsel for one or more defendants, if you'll please

5    state your appearance.

6          MR. CORWIN:  Your Honor, Neil Corwin, assistant United

7    States attorney for the Southern District of New York.

8          I just learned of this matter literally within the

9    past hour.  At this point, my understanding is that my office

10   represents the Department of Justice, the Federal Bureau of

11   Investigation, and the United States Attorney's Office.  I

12   gather that the complaint also names a number of John Doe FBI

13   agents, and my understanding at this point is we do not

14   represent those individuals in a personal capacity.

15         THE COURT:  All right.  Mr. Jackson, why don't you

16   state your appearance if you will.

17         MR. JACKSON:  Yes.  Stephen Jackson for all of the

18   plaintiffs in the matter, your Honor.

19         THE COURT:  Mr. Jackson, tell me about notice to the

20   state defendants.

21         MR. JACKSON:  Well, basically, your Honor, the notice

22   was in the form of telephone communications made to the offices

23   of the defendants indicating that we will be filing an order to

24   show cause in White Plains.  I physically attempted to do that

25   this afternoon, anticipating that we would have an opportunity

7CS3DAVC                          Conference

1    to argue the matter before the assigned judge with all of the

2    parties.  But due to the holiday, people are not available and

3    unfortunately we were not able to coordinate those efforts

4    before Judge Brieant.  The matter was sent over to your Honor.

5              THE COURT:  Let me inquire, Mr. Jackson, with regard

6    to the New York State Board of Elections, have they been served

7    in this action?

8              MR. JACKSON:  I believe so, your Honor.  I know that.

9              THE COURT:  Have they entered an appearance in this

10   action?

11             MR. JACKSON:  No one has entered an appearance yet.  I

12   don't think anybody is in default at this stage.  I have to

13   check to see what was indicated was the affidavit of service.

14             THE COURT:  When did you serve them with the

15   underlying complaint?

16             MR. JACKSON:  Okay.  Hold on one second.

17             THE COURT:  The action was filed on November 8 of this

18   year.

19             MR. JACKSON:  The complaint was filed against some of

20   the defendants as early as the 27th of -- 28th of November.

21             THE COURT:  All right.  And what efforts did you

22   make -- who did you call at the New York State Board of

23   Elections, Mr. Jackson?

24             MR. JACKSON:  I spoke to -- hold on a second.  The New

25   York State Board of Elections had not interposed, I spoke to

7CS3DAVC                    Conference

1    someone in the receptionist's office notifying them about this

2    matter, and notifying them about the proposed hearing on the

3    order to show cause.

4            THE COURT:  What is the receptionist's office, if you

5    could help me with that.  I am not familiar with the

6    receptionist's office.

7            MR. JACKSON:  I notified the Board of Elections, the

8    general information number, and provided to them the name of

9    the case number of the matter, the caption of the matter, and

10   indicated that the matter was filed in the Southern District

11   court, and there was no assigned counsel as far as I knew at

12   the time.

13           MR. CORWIN:  Your Honor --

14           THE COURT:  Before, Mr. Corwin -- when was this phone

15   call made?

16           MR. JACKSON:  The initial phone calls were made last

17   week.

18           THE COURT:  You called them last week to tell them

19   that you were coming in on an order to show cause when?

20           MR. JACKSON:  I indicated that we will be filing an

21   order to show cause on Friday.

22           THE COURT:  When did you call?  When last week did you

23   call them?

24           MR. JACKSON:  I called them initially on -- hold on a

25   second.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

7CS3DAVC                      Conference

1          THE COURT:  I'm talking now about the New York State

2    Board of Elections.

3          MR. JACKSON:  Right.  Hold on.  They were initially

4    contacted on Monday.

5          THE COURT:  So that wasn't last week.

6          MR. JACKSON:  Right.

7          THE COURT:  So you called them on what date?  Give me

8    the date.

9          MR. JACKSON:  I have to go through my notes, your

10   Honor.  I'm actually, your Honor, the reason I'm fumbling a

11   little bit, I am in my car.  I didn't quite make it back to the

12   office.  I am trying to go through my file as I sit here now.

13         It looks like it was Friday, your Honor, the 21st.

14   Friday, December 21.

15         THE COURT:  You told them what?

16         MR. JACKSON:  That we will be filing an order to show

17   cause Friday, the proceeding Friday.

18         THE COURT:  The preceding Friday you told them on the

19   21st --

20         MR. JACKSON:  I told them I was filing an order to

21   show cause this Friday.

22         THE COURT:  At what time and what place?

23         MR. JACKSON:  In the White Plains courthouse.

24         THE COURT:  That's what you told --

25         MR. JACKSON:  That's what I told them.

7CS3DAVC                        Conference

1        THE COURT:  The New York State Board of Elections, you

2    don't know who you spoke to.  Correct?

3        MR. JACKSON:  No, I do not.  The reason I do not know

4    who I spoke to, again, is because I made multiple phone calls

5    that day.  There are multiple defendants, and we did make

6    multiple phone calls to the defendants --

7        THE COURT:  Mr. Jackson, I haven't gotten to the other

8    defendants.  I'm still on the New York State Board of

9    Elections.

10        MR. JACKSON:  All right.  Sorry.

11        THE COURT:  Now tell me about the Westchester County

12    Board of Elections.  When did you call them?  Who did you call?

13        MR. JACKSON:  The same thing, your Honor.  We made a

14    phone call on the 21st of December to all of the defendants.

15    And we basically indicated that again we did not have

16    responsive papers to the case, so there was no attorney

17    assigned that we could directly contact.

18        THE COURT:  Who did you speak to at the Westchester

19    County Board of Elections?

20        MR. JACKSON:  The best I can do again, I spoke to the

21    receptionist who answered the phone.  The operator would then

22    refer the matter to their office to see who would be the

23    assigned counsel and that person would get back to me.  But no

24    one got back to me.

25        THE COURT:  You personally had this conversation?

7CS3DAVC                              Conference

1          MR. JACKSON:  Excuse me?

2          THE COURT:  You personally had this conversation?

3          MR. JACKSON:  Yes, I did.  I personally had a

4    conversation.  I also directed a paralegal in my office to also

5    make phone calls with respect to the order to show cause.

6          THE COURT:  What can you tell me about those phone

7    calls?

8          MR. JACKSON:  Excuse me?

9          THE COURT:  What can you tell me about the paralegal's

10   phone calls?

11         MR. JACKSON:  As far as I know, the phone calls were

12   made --

13         THE COURT:  What phone calls, to whom, when?

14         MR. JACKSON:  Well, I can't speak directly in terms of

15   the specific time, but it would had to have been made on the

16   21st or shortly thereafter, either Friday or Monday.  So it

17   would be no longer than the following Monday.

18         THE COURT:  Let me ask you, were the state offices

19   open on Monday, December 24?

20         MR. JACKSON:  I don't know, Judge.

21         THE COURT:  You don't know the answer to that, but the

22   calls may have been made -- you're telling me that the calls

23   may have been made on December 24, but you do not know whether

24   the state offices were open on December 24.

25         MR. JACKSON:  I know I just made the calls that I made

7CS3DAVC                         Conference

1    were on the 21st, your Honor, on the preceding Friday.

2         THE COURT:  Tell me about your call to Clinton Young.

3         MR. JACKSON:  All right.  Clinton Young was -- hold on

4    a second.  We had -- we tried to get ahold of an attorney who

5    we knew initially contacted my office upon the filing of the

6    complaint.

7         THE COURT:  Mr. Young was represented by counsel?

8         MR. JACKSON:  Yeah, Mr. Young is represented by his

9    own attorney.  Again, no one -- he didn't interpose an answer.

10        THE COURT:  But you received a call from Mr. Young's

11   attorney identifying himself as such?

12        MR. JACKSON:  Well, I received a call from someone who

13   identified himself as an attorney regarding the filing of the

14   complaint.

15        THE COURT:  Did you contact that individual with

16   regard to your application for a temporary restraining order?

17        MR. JACKSON:  No, your Honor.  That individual was not

18   contacted.

19        THE COURT:  Did you contact anybody on behalf of

20   Mr. Young with regard to your application?

21        MR. JACKSON:  No, Judge.

22        THE COURT:  All right.  Now, Janet Snyder, did you

23   contact anybody with regard to the application you're making

24   now?  Did you contact Janet Snyder?

25        MR. JACKSON:  No, your Honor.  We did not contact

7CS3DAVC                          Conference

1    Ms. Snyder.  Again, like we had tried to --

2              THE COURT:  Limit yourself to what you did.  And if it

3    is someone else who did the doing, please identify them by

4    name.  I don't want to have an unclear record here,

5    Mr. Jackson.

6              MR. JACKSON:  Well, I can't speak with respect to

7    Ms. Snyder, your Honor.  The intention initially was to notify

8    the parties to indicate that we will be filing the matter in

9    White Plains on this Friday, and that we would then proceed to

10   serve the papers personally on the individual parties.  And

11   then we would proceed at that point with the argument on the

12   matter as per the court's directive in the order to show cause.

13             THE COURT:  I appreciate your statement about intent.

14   But my inquiry is not about what your intent was, but what your

15   actions were.  And as far as you know, Ms. Snyder has not been

16   contacted.

17             MR. JACKSON:  As far as I know, Ms. Snyder has not

18   been contacted.

19             THE COURT:  All right.  Now --

20             MR. CORWIN:  Your Honor, if I may, just with respect

21   to the United States.  First, I want to make clear it's not

22   totally clear to me that the United States has been served

23   pursuant to Rule 4(i).  I know that my office has received a

24   copy of the complaint.  I don't know if the attorney general

25   has been served.

7CS3DAVC                              Conference

1          As far as notice of this order to show cause

2    proceeding, as far as I know, Mr. Jackson first called our

3    office at 4:20 this afternoon, asked for who was assigned to

4    the case.  And that was the first I am aware that he called our

5    office about this case.  Nor is there any indication we've been

6    served with the order to show cause papers, although I was able

7    to obtain a copy from your Honor's court.

8          MR. JACKSON:  I know that he had not been served with

9    any of the papers, your Honor.  There was no service of the

10   actual order to show cause on the U.S. attorney's office.

11         THE COURT:  Why was that?

12         MR. JACKSON:  There was again, the plaintiff wants --

13   the plan was to file the papers in federal court, get the

14   return date, the return information from the service

15   information, and then file the formal papers on the -- then

16   file the papers.  That's pursuant to the court's directive on

17   the various defendants.  That was pretty much the plan.

18         THE COURT:  In other words, not to present the

19   proposed order to show cause to the parties against whom you

20   are seeking to the temporary relief?

21         MR. JACKSON:  Well, we -- what I was told prior to

22   filing the paper, we contacted Judge Brieant's chambers to

23   inform them of our intention to file the order to show cause

24   today.  And the courtroom -- the deputy or the judge's law

25   clerk indicated to me that the papers would have to first be

7CS3DAVC                          Conference

1   filed before service through the clerk's office, and then be

2   reviewed, and at that point they would go upstairs and the

3   judge would indicate with service information.   That's pretty

4   much what I followed the directions of Judge Brieant's law

5   clerk.

6              THE COURT:   You're not suggesting that someone in

7   Judge Brieant's chambers told you that you are prohibited from

8   transmitting a copy of your proposed order to show cause?

9              MR. JACKSON:   No, of course not, Judge.   I am not

10  suggesting that at all.

11             THE COURT:   Okay.   All right.

12             MR. JACKSON:   Not at all, Judge.

13             THE COURT:   Who are you seeking relief against?

14             MR. JACKSON:   Well, we are seeking relief primarily

15  against the various defendants that are indicated in the

16  complaint.

17             THE COURT:   Well, what relief are you seeking against

18  the Federal Bureau of Investigation on this TRO application?

19             MR. JACKSON:   Well, to the extent that -- well,

20  frankly, the TRO addresses physically the inauguration and the

21  implementation of the mayor elect into office, and that

22  specifically relates to the actions of the U.S. Attorney's

23  Office, the FBI --

24             THE COURT:   I've read your complaint.   I am trying to

25  figure out who you are seeking a temporary restraining order

7CS3DAVC                         Conference

1    against.  Who is to be enjoined?

2         MR. JACKSON:  It would be the board of elections, your

3    Honor.  Board of elections.

4         THE COURT:  Well, there are two defendants in this

5    action that have "board of elections" in their names.

6         MR. JACKSON:  Westchester County Board of Elections

7    and District of New York State Board of Elections.  The

8    Westchester Board of Elections, as far as I know, would be the

9    ones responsible, entrusted to file with certification and

10   implementation with the election results of the November 6

11   general election.

12        THE COURT:  What role does the board of elections have

13   in the inauguration of the mayor?

14        MR. JACKSON:  Excuse me?  What role does the board of

15   elections have, your Honor?  Well, they certify the results of

16   the general elections, and pretty much sign off on that.  And

17   the proposed winners of the -- or the purported winners of the

18   general elections are then sworn in.

19        THE COURT:  Have they certified the results?

20        MR. JACKSON:  As far as I know, yeah.  As far as I

21   know.

22        THE COURT:  All right.  So the results have already

23   been certified by the board.

24        MR. JACKSON:  The results have already been certified.

25        THE COURT:  Right.

7CS3DAVC                          Conference

1          MR. JACKSON:  Right now we are seeking --

2          THE COURT:  So what does the board of elections do

3   after election results are certified with regard to an

4   inauguration?

5          MR. JACKSON:  Well, as far as I know, their role would

6   then be to conduct the formal inauguration.  And to again,

7   that's pretty much to follow through with the results of the

8   general election.

9          THE COURT:  Do you have any evidence to show that the

10  board of elections has a role in the inauguration of a mayor

11  after certifying results?

12         MR. JACKSON:  Well, not that they have a role, but

13  they have a role in the scheduling and the certifying of those

14  results that would result in an inauguration.

15         THE COURT:  But the results you tell me have already

16  been certified.  When were they certified?

17         MR. JACKSON:  As far as I know, they should have been

18  certified I believe -- hold on.  I believe, your Honor, again,

19  it's within 30 days after the election itself.  But I'm not

20  certain about that.

21         THE COURT:  All right.

22         MR. JACKSON:  I don't have the certification date.  I

23  am pretty certain the results were certified by the board.

24         THE COURT:  All right.  As I understand this, your

25  application is based on actions that you allege were taken by

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

7CS3DAVC                        Conference

1    certain of the defendants on October 11 of this year.   Is that

2    correct?

3              MR. JACKSON:   That's right, your Honor.

4              THE COURT:   All right.   And thereafter there was an

5    election on November 6, 2007, correct?

6              MR. JACKSON:   Correct.

7              THE COURT:   Right.   Then you filed an action on

8    November 8, 2007, in front of Judge Brieant.

9              MR. JACKSON:   That's correct.

10              THE COURT:   All right.   And you presented your order

11    to show cause application, at least I was contacted on it, at

12    approximately 3:23 p.m. on the last business day before the

13    inauguration.

14              MR. JACKSON:   That is an accurate assessment.

15              THE COURT:   All right.   Let me hear your application.

16              MR. JACKSON:   Well, Judge, again, the application

17    relates to actions committed by the various defendants in this

18    matter.   We allege that the U.S. Attorney's Office, the Federal

19    Bureau of Investigation, and the United States Department of

20    Justice violated their own policy in scheduling an

21    investigation and raid of an African American incumbent mayor's

22    office shortly preceding an election.

23              Clearly the U.S. Attorney's manual, in addition to

24    other documentation, establishes the policy that no

25    investigation or prosecution or certainly a raid can take place

7CS3DAVC                          Conference

1    before an election because it would have the effect of

2    intimidating and ultimately affecting the outcome of political

3    races.

4         One of the concerns that we had in this case,

5    particularly in light of the Mayor Davis' primary results -- he

6    ran in the primary as a Democratic candidate and he lost the

7    primary to Mr. Young.  However, shortly thereafter that, he

8    declared his candidacy under two other party lines, the

9    Conservative Party and the Independence Party, and he was told

10   shortly after that, that that would result in an investigation.

11   And shortly thereafter, the raid occurred.

12        Now, we submitted with the order to show cause

13   documentation supporting the existence of the policy I just

14   spoke about, in addition to which a press release that was

15   issued by the U.S. Attorney's Office back in May of 2006

16   wherein they indicated that they would investigate and

17   prosecute -- look into, investigate and prosecute certain

18   public officials in this area, one of which was Mayor Davis.

19        The importance of that suggests, your Honor, two

20   things.  One, it suggests that Mayor Davis was in fact unfairly

21   and selectively targeted for an investigation and ultimate

22   prosecution, which hasn't occurred yet.  And secondly, and more

23   importantly, it shows that the U.S. Attorney, the FBI, and

24   Justice Department had ample time prior to the November 6

25   election, indeed prior to the September '07 primary, to conduct

7CS3DAVC                        Conference

1    such investigation, ultimately to schedule a raid if they saw

2    fit.  So it seems as if that --

3        THE COURT:  Do you know whether they had the

4    information that gave rise to the warrant -- do you know when

5    they got that information?

6        MR. JACKSON:  Well, we do know that they had

7    information as early as, again, May of '06.

8        THE COURT:  They issued the press release in May of

9    '06.  But in the course of investigations, one often finds that

10   new information arises.

11       MR. JACKSON:  Well, I would submit, your Honor, that

12   even -- again, I am not aware of any evidence that they had in

13   their possession that warranted the raid be conducted at the

14   time that it was.

15       I submit, Judge, that there were no exigent or

16   emergency circumstances as far as I know that justifies --

17   justified the timing of the raid.  The timing of the raid

18   suggests a political motivation with respect -- or at least

19   some intention on the part of the defendants to intimidate and

20   adversely affect voter participation.

21       Again, their very policy expressly indicates the

22   reasons for not bringing about investigations in close

23   proximity to elections.  And here, clearly, one could argue

24   that there was an effort made to do just that.  To cause the

25   suppression of voter turnout, and to cause the proposed or

7CS3DAVC                          Conference

1   prospective supporters of Mayor Davis to become intimidated and

2   thus affected their turnout.

3          THE COURT:  All right.  Anything else, Mr. Jackson?

4          MR. JACKSON:  Well, Judge, I think that's pretty much

5   the essence of the complaint I filed with the district court,

6   and the request for the injunction is predicated on what we

7   believe are actions by the U.S. Attorneys that violated the

8   Voters Act as well as Section 1983.  We think that it -- the

9   fact that their actions violated their own policy, their own

10  expressed policy, and with the understanding that such actions

11  would in fact result in a suppression and intimidation of voter

12  participation, that through discovery and would leave that

13  other evidence would -- could be developed to substantiate the

14  other claims in the case.

15         But clearly, your Honor, the actions conducted here by

16  the U.S. Attorney's Office, the FBI, and the Justice Department

17  caused again the suppression of the vote.  And the suppression

18  of the vote related to predominantly African American voters,

19  who either stayed away from the polls or didn't support Mayor

20  Davis because of the misinformation that was disseminated

21  relating to the raid.

22         And your Honor, this was a raid that was conducted

23  under the scrutiny of the media, it was highly publicized,

24  there were allegations thrown back and forth between not only

25  in the print media but also in the electronic media with

7CS3DAVC                          Conference

1    regards to Mayor Davis actually being arrested as a result of

2    the raid and having to walk around with an ankle bracelet, all

3    of which was not true.  And we had information that these

4    comments were made by various people who were associated with

5    some of the defendants -- some of the defendants in this case.

6    And it certainly suggests again this was an effort made to

7    adversely affect voter participation and voter turnout who

8    support an African American incumbent mayor.

9              THE COURT:  Thank you.  Mr. Corwin.

10             MR. CORWIN:  Just as a caveat, this is something I've

11    spent about an hour thinking about.  That being said, I first

12    want to say that for purposes of this hearing I guess we assume

13    the truth of some of the allegations in the complaint, although

14    I believe they will prove to be entirely baseless.

15             That being said, nothing Mr. Jackson said has

16    identified any statutory or constitutional basis for the relief

17    he seeks.  As your Honor I think has correctly noted, the

18    parties against whom he seeks the TRO are not here.  I don't

19    know who the proper parties would be.  I certainly would assume

20    that sometime between the date of the election, certainly after

21    the filing of the complaint, there were avenues that

22    Mr. Jackson and the plaintiffs in particular could have pursued

23    to challenge the rules of the election however they deemed fit.

24             To bring this order to show cause on literally the

25    last day that was possible, less than a week before the

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

7CS3DAVC                         Conference

1    inauguration, without any service on the parties, is unfair to

2    the parties.  And I guess more importantly, I don't think even

3    accepting the truth of all his allegations he's established the

4    basis for the relief he seeks.

5              THE COURT:  Thank you, Mr. Corwin.  Mr. Jackson,

6    anything you want to say in reply?

7              MR. JACKSON:  Yes, sure, Judge.  The Voting Rights Act

8    of 1965 certainly provides for injunctive relief for

9    preliminary injunction if it can be shown that there was in

10   fact a violation of the Voting Rights Act of 1965, and show

11   certain other requirements.  Voting is a fundamental right, and

12   it is established as such.  It is a showing of irreparable

13   harm.

14        I gave the layout, the basis for the District Court to

15   in fact issue a preliminary injunction in circumstances that

16   relate of the right of franchise.  In addition to that, 42

17   U.S.C. Section 1983 also provides the District Court with the

18   authority to issue a preliminary injunction if it is warranted

19   under circumstances set forth in the application.

20        And, your Honor, I believe that the allegations set

21   forth in plaintiffs' instant application sufficiently

22   demonstrates that the application should be granted.  I believe

23   that particularly in light of the fact that the defendants

24   cannot negate the plain factual contents in the complaint, that

25   plaintiffs are substantially likely to succeed on the merits of

7CS3DAVC                          Conference

1    the claims under both the Voting Rights Act in addition to 42

2    U.S.C. Section 1983.

3             MR. CORWIN:  Your Honor, if I might --

4             THE COURT:  Pause.  Stop.  Go ahead, Mr. Jackson.

5             MR. CORWIN:  I apologize.

6             MR. JACKSON:  I'm sorry.

7             THE COURT:  No.  Anything else, Mr. Jackson?

8             MR. JACKSON:  That is it, your Honor.  I believe again

9    that we did demonstrate in the papers, some of the reporting

10   exhibits demonstrate that the plaintiffs will in fact suffer

11   irreparable harm and that there is, again, there is the

12   evidence is focused upon there is a substantial likelihood of

13   success on the merits.  The defendants are not going to be able

14   and I don't anticipate them in any way refuting the basic

15   factual contentions that we believe serve as the basis for the

16   claims in the complaint.  And in that vein, I think that the

17   instant application, your Honor, should be granted.

18            THE COURT:  All right.  Thank you, Mr. Jackson, and

19   thank you, Mr. Corwin.  The Court is now ready to rule.

20            This is an action invoking federal question

21   jurisdiction under Section 1331 of Title 28, and specifically

22   the plaintiffs assert rights under the Voting Rights Act of

23   1964, Sections 1983, 1985, 1988 of Title 42, the First, Fourth,

24   Fifth and 14th Amendments to the United States Constitution.

25            There are certain defendants who can be characterized

7CS3DAVC                         Conference

1    as the federal defendants, including the Department of Justice,

2    the Federal Bureau of Investigation, the U.S. Attorney's

3    Office, and certain John Doe agents.   There are also certain

4    state defendants in this action, specifically the New York

5    State Board of Elections and the Westchester County Board of

6    Elections.

7           The plaintiff asserts that on or about October 11,

8    agents for the FBI were conducting an investigation into

9    alleged improprieties in trash hauling contracts with the city

10   of Mount Vernon, and that the FBI agents conducted a raid of

11   the mayor of Mount Vernon, Ernest Davis' City Hall offices.

12   The plaintiffs allege that this was done three weeks before the

13   November 6 election in which Mr. Young was a candidate for

14   mayor and Mr. Davis was a candidate for mayor.   And it is

15   alleged that this was done with the purpose of suppressing the

16   African American vote and causing Mr. Davis to lose the

17   election.

18          The election did in fact take place on November 6.

19   And there appears to be no dispute that candidate Clinton Young

20   prevailed in the election and was subsequently certified as the

21   winner of the election by one of the two defendant boards of

22   elections which are arms of the state or of the County of

23   Westchester.

24          The action before me at the moment as Part I judge was

25   filed on November 8, 2007, a mere two days after the conduct of

7CS3DAVC                          Conference

1   the general election.  In argument this afternoon, plaintiffs'

2   counsel expresses the belief that certification of the election

3   results would've taken place approximately 30 days after the

4   election, which would have put it into early December.  A

5   little bit shy of a month after this lawsuit was commenced.

6           There is no indication in the record before me that

7   the plaintiffs sought to enjoin the certification of the

8   election results.

9           At this stage, at now 5:25, on December 28, the last

10  business day before the Tuesday, January 1, 2008, scheduled

11  inauguration of Mr. Young as mayor of the city of Mount Vernon,

12  the plaintiffs seek a temporary restraining order against that

13  inauguration.

14          Having reviewed the record, I find that the plaintiffs

15  have not at this stage demonstrated a probability of success on

16  the merits, or a likelihood of irreparable injury, nor have

17  they shown any kind of balance of their hardships tipping

18  decidedly in their favor or other grounds for injunctive

19  relief.

20          It appears to this Court that the plaintiffs sat on

21  their rights, to the extent they had any rights, took no action

22  before the results were certified, and now there is no showing

23  that the board of elections or any defendant in this action has

24  any role whatsoever in the ministerial act of the

25  administration of oath.  The plaintiff has made no showing of

1    what would happen if there were no inauguration.  Certainly the

2    term of office of Mr. Davis would in all events have expired.

3          There is a substantial public interest factor which

4    weighs into my denial of a temporary restraining order.  The

5    citizens and voters of the city of Mount Vernon went to the

6    polls on November 6, they cast their ballots, and the results

7    of the election has taken place.  I cannot and will not lightly

8    disregard the results of that election, particularly in the

9    absence of any challenge, timely challenge to the certification

10   of the results of that election.

11         So, accordingly, I find no basis to grant the

12   temporary restraining order.  What I am doing is I am signing

13   the order to show cause and making it returnable before Judge

14   Brieant on January 18, 2008, at 10 a.m. or such other time as

15   Judge Brieant can conveniently hear it.  It may be that there

16   will be no point to the application after the inauguration

17   takes place.  It may well be moot.  But I can comfortably say

18   that there is no basis for my granting a temporary restraining

19   order.

20         I'm further directing that this order to show cause

21   and the exhibits on which it is based together with the copy of

22   the transcript of this proceeding, which is available for

23   purchase through the office of the court reporters of the

24   Southern District of New York, are to be served on the

25   defendants in this action.

7CS3DAVC                          Conference

1          So, as Part I judge, I have signed the order to show

2    cause without a temporary restraining order thereby permitting

3    the inauguration of the certified winner of the election to go

4    forward as scheduled.   We are adjourned.   Thank you all.

5          MR. CORWIN:   Thank you, your Honor.

6                              o0o

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25