# WCBS NEWSRADIO 880

Posted: Wednesday, 19 September 2007 4:13PM

## Long-Standing Mount Vernon Mayor Defeated in Primary

MOUNT VERNON, N.Y. (AP) -- Ernest Davis, the long-popular mayor of Mount Vernon, was defeated Wednesday in his bid for renomination by Westchester County Legislator Clinton Young, who blamed him for a rise in crime and gangs.

With 98 percent of precincts reporting in the Democratic primary, Young had 3,846 votes, or 52 percent, to Davis' 3,498 votes, or 48 percent, according to unofficial returns. Davis had not conceded, but said Tuesday night, ``if these numbers remain the same, my administration will be history.''

Campaign spokesman Emmanuel Avraham said, ``The mayor is going to look at his options.''

Winning the Democratic nomination nearly guarantees the election in heavily Democratic Mount Vernon. Davis holds the Conservative and Independent party lines but said last week he would support Young if he lost the Democratic primary.

The Republican candidate is the city's GOP chairwoman, Janet Snyder.

Davis, 69, who was seeking a fourth term, ran without major opposition four years ago and is a popular figure on the city's streets. But Young, 56, said crime was up and faulted him for mismanagement at city agencies.

During a televised debate, the candidates tossed copies of a report at each other as they argued about a federal investigation of the city's Urban Renewal Agency.

Davis took credit for a retail project recently established on the city's eastern border and said Young had been ineffective in obtaining aid for the city. Young said Davis was partly responsible for the failure of an elementary school to open on time this month.

Mount Vernon, just north of New York City's Bronx borough, has a population of 68,400.

© MMVII The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten or redistributed.

Print Current Page

NYDAILYNEWS.COM
# DAILY NEWS



# Mt. Vernon mayor Ernest Davis loses Democratic primary

Thursday, September 20th 2007, 4:00 AM

Ernest Davis, the long-popular mayor of Mount Vernon, was defeated yesterday in his bid for renomination by Westchester County Legislator Clinton Young, who blamed him for a rise in crime and gangs.

With 98% of precincts reporting in the Democratic primary, Young had 3,846 votes, or 52%, to Davis' 3,498 votes, or 48%, according to unofficial returns.

Davis had not conceded, but said Tuesday night, "If these numbers remain the same, my administration will be history."

Winning the Democratic nomination nearly guarantees the election in the heavily Democratic city of nearly 70,000, just north of the Bronx county line.

Davis holds the Conservative and Independent party lines, but said last week he would support Young if he lost the Democratic primary.

The Republican candidate is the city's GOP chairwoman, Janet Snyder.

Davis, 69, who was seeking a fourth term, ran without major opposition four years ago and is a popular figure on the city's streets. But Young, 56, said crime was up and faulted Davis for mismanagement at city agencies.

During a televised debate, the candidates tossed copies of a report at each other as they argued about a federal investigation of the city's Urban Renewal Agency.

Davis said Young had been ineffective in obtaining aid for the city, and Young said Davis was partly responsible for the failure of an elementary school to open on time this month.

The Associated Press



Posted: Thursday, 11 October 2007 2:15PM

# FBI Search Mount Vernon City Hall

**MOUNT VERNON, NY (AP)** -- FBI agents bearing a search warrant went through file cabinets at Mount Vernon City Hall on Thursday, apparently investigating the city's trash hauling contracts.

Reporter Catherine Cioffi gets the latest details on the unauthorized contracts

After a few hours, the half dozen agents left [LoHud] with about eight boxes of papers. They did not comment, and a call to the FBI was not immediately returned. The search warrant made no accusations.

City lawyer Ravi Batra said the warrant specified boxes, drawers and binders holding documents related to the Department of Public Works and two carting companies. He said Mayor Ernest Davis, who lost the Democratic primary last month but is still running for re-election, did not oppose any federal investigation.

``The FBI is welcome in Mount Vernon,'' he said. ``The mayor's hands are clean.''

A federal investigation is already under way of the city's Urban Renewal Agency, and Davis' main opponent in the election, Westchester County Legislator Clinton Young, blamed that on the mayor's mismanagement.

Batra said that the City Council, rather than the mayor, would be on the ``hottest of hot seats'' if irregularities were found.

The carting industry has long been associated with organized crime, but in recent years Westchester County has imposed regulations designed to keep the mob out.

© MMVII The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten or redistributed. Audio Content © MMVII WCBS-AM 880.

Print Page                                Email To A Friend

Post this article to:

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

# The New York Times

## N.Y. / Region

WORLD  U.S.  N.Y. / REGION  BUSINESS  TECHNOLOGY  SCIENCE  HEALTH  SPORTS  OPINION  ARTS

AUTOS

THE CITY   IN THE REGION   N.Y./REGION OPINIONS

TRADE A FEW 16-HOUR DAYS FOR A 24-HOUR CITY. FOREVER NEW ORLEANS

NEW YORK

# Mount Vernon: F.B.I. Searches City Hall

By THE ASSOCIATED PRESS
Published: October 12, 2007

F.B.I. agents went through file cabinets at the Mount Vernon City Hall yesterday, apparently investigating the city's trash-hauling contracts, a lawyer for the mayor said. After a few hours, the agents, numbering about half a dozen, left with about eight boxes of papers. They did not comment to reporters, and a call to the F.B.I. was not returned. Herb Hadad, a spokesman for Michael Garcia, the United States attorney for the Southern District of New York, said he could not comment. The search warrant made no accusations, said Ravi Batra, a lawyer for Mayor Ernest Davis. He said it specified boxes, drawers and binders holding documents related to the Department of Public Works and two carting companies.

SIGN IN TO E-MAIL OR SAVE THIS

PRINT

REPRINTS

SHARE

ARTICLE TOOLS SPONSORED BY

Due

E-MAILE

More Articles in New York Region »

**City Room Blog**

The latest news and reader discussions from around the five boroughs and the region.

gion »

Go to City Room »

MOST PO

1. M P
2. V
3. B
4. T A



November 7, 2007

## Young bests Mt. Vernon mayor in bitter contest

*Desiree Grand*
*The Journal News*

MOUNT VERNON - County Legislator Clinton Young completed an upset victory over Mayor Ernest Davis last night by easily defeating the three-term incumbent he had narrowly beaten in September's Democratic primary.

"This race was spirited," Young told jubilant supporters at Democratic headquarters on Park Avenue. "It wasn't an easy road, but we prevailed. Mount Vernon prevailed. Now the real work begins."

Davis, surrounded by emotional supporters, conceded defeat shortly before 11 p.m., but said he had no regrets.

"There comes a time when people want to do things different," he said. "The time has come for a torch to be passed on."

Young, 56, ran a campaign called "Time for a Change" and sought to convince voters that two recent federal investigations of city government showed the need for a fresh start.

In his victory speech, Young thanked Davis for "the many wonderful and fine things" he did for Mount Vernon during his 12-year tenure.

But the race had been a bitter one, fueled by the fierce primary battle that went to Young - a primary that historically determines the eventual winner because of the overwhelming majority of Democratic voters in the city.

Davis originally vowed to support the Democratic nominee, but decided instead to run on the Conservative and Independence lines after his primary loss. He has maintained that city residents urged him to remain in the race to retain his seat at City Hall.

With the city facing two federal investigations, Davis supporters claimed one of the probes was initiated and carried out with political motivations.

Stephen Jackson, a civil rights attorney who echoed those concerns at a news conference organized by the Davis campaign last week, said he would file a federal court case today seeking to challenge the election results based on a claim that the investigation violated voters' rights.

Republican hopeful Janet Snyder, who ran a distant third in the race, nonetheless called her candidacy a success, and said she planned to work with Young.

"I wanted to raise awareness for the people in Mount Vernon that City Hall needed change," Snyder said last night.

Throughout the day, the streets vibrated with noise and movement from all of the candidates' camps. Vehicles covered with Davis' image were driven through the city. A teenager riding a bicycle

managed to hold up a Davis poster. A mother with her children in tow carried Young posters. At one of the polling sites, Lincoln Elementary School, voters were in favor of Young and there was even a voter who remained undecided.

Guillermo Flores voted for the first time since receiving his citizenship. Flores said he was unsure of the outcome of the election but knew many people would be coming out to vote.

"This election has been very heated," said the Mexican native.

Roopchand Lall, 43, said he supported Young because he believes he can make the city better.

"I don't see things improve until an election," Lall said. "I need continuous improvements in the city."

Davis, a 12-year incumbent, ran on a platform that touted the work he has done in the city.

Throughout the campaign he spoke of the Sandford Boulevard retail strip and how it has created jobs and brought sales tax to the city. He pointed to the redevelopment of Levister Towers and of the affordable and senior-housing projects created on his watch.

Snyder presented a plan to retain city residents, upgrade the conditions of firehouses, engage the youth, ask for budget cuts from departments, and provide advice and support to the school district.

Young's campaign promises included rebuilding Memorial Field and creating new programs for city youths. He is in his sixth term on the county Board of Legislators and serves as its vice chairman. Before joining the board, he served 10 years on the Mount Vernon Board of Education.

- Politics on the Hudson - http://polhudson.lohudblogs.com -

## No court action (yet) in Mount Vernon race

Posted By Liz Anderson On November 5, 2007 @ 8:18 pm In Clinton Young, Ernest Davis, 2007, Mount Vernon | 6 Comments

Tomorrow's election in Mount Vernon will go on unchallenged. Civil rights attorney Stephen Jackson had said last week—at a press conference announced by Mayor Ernest Davis's campaign—that he planned to seek an injunction in federal court today to stop the election.

But Jackson did not file papers today as planned; in an interview with reporter Desiree Grand he said he was waiting until after the election to make his next move.

Davis faces County Legislator Clinton Young and local GOP chairwoman Janet Snyder in the mayoral race; there's also a contested (and crowded) race for two city council seats.

---

Article printed from Politics on the Hudson: **http://polhudson.lohudblogs.com**

URL to article: **http://polhudson.lohudblogs.com/2007/11/05/no-court-action-yet-in-mount-vernon-race/**



November 9, 2007

# Davis supporters file suit calling for new Mount Vernon election

*Desiree Grand*
*The Journal News*

MOUNT VERNON - Supporters of Mayor Ernest Davis yesterday filed a $600 million lawsuit calling for a new election based on claims that a federal probe of city business intimidated voters.

The complaint was brought on behalf of 16 plaintiffs - including Davis - against the Justice Department, the FBI, the U.S. Attorney's Office, the state and county Board of Election, Mayor-elect Clinton Young and Janet Snyder, the GOP candidate in Tuesday's election.

Young beat Davis, a 12-year incumbent, by a large margin, repeating his win over the mayor in the Democratic primary. The unofficial tally from the county Board of Elections shows Davis lost by 2,653 votes. Close to 11,500 voters went to the polls out of 30,522 registered in Mount Vernon.

But the mayor's supporters say the election outcome might had been different if the FBI had not executed a search warrant at City Hall on Oct. 11. That action was part of a federal probe looking into carting contracts; a second probe is investigating the city's troubled Urban Renewal Agency.

The complaint alleges the raid was the result of a "politically and racially motivated" scheme to undermine the candidacy of Davis and suppress the vote of blacks and other minorities in the city.

According to the census, the city has an black population of 59.6 percent, compared with 28 percent white and 10 percent Latino.

"This is a historic occasion," said Stephen Jackson, the attorney who filed the motion. "This is the first time the African-American community is challenging in court the actions of a government agency."

Jackson charged that the FBI and the U.S. Attorney's Office have a history of removing blacks from office, but did not cite any examples. His complaint also alleges that Young and Snyder "colluded" with the federal agencies in the raid.

Other plaintiffs include City Clerk Lisa Copeland; Thomas Terry, the commissioner of management services and the brother-in-law of a businessman named in one of the federal probes; and several other Davis supporters.

Herb Hadad, a spokesman for the U.S. Attorney's Office, declined to comment. Representatives of the other named federal agencies could not be reached for comment.

The millions of dollars in damages are being claimed for the "mental anguish the community has sustained about a man they feel very strongly about," Jackson said.

The supporters are planning to hold a rally at Macedonia Baptist Church on Tuesday to launch a petition drive. The signatures will be presented to the court saying their rights were violated, said Curt Stewart, a coordinator for the supporters.

"This election begins today," Stewart said.

Although he is listed as a plaintiff, Davis maintained he did not know the details of the complaint. He would not say if he favors the call for a new election.

"I am not a part of it. I just want justice to prevail," Davis said. "I am so glad people are willing to stand up for the rights of the people."

But Young and Snyder say the people have spoken.

Young said the motion "defies logic and reason," adding that he has never had any contact with or knowledge of the activity of any of the federal agencies.

"The people of Mount Vernon have spoken. The election is over. Yet, there are a few members of the Davis campaign who cannot accept the election results despite the overwhelming voter turnout and decisive victory," Young said. "Instead, these people seek to further divide and tear our city apart for their own self-serving interests."

Young called on Davis to denounce the motion and instead work to unite the city.

Snyder said she was "outraged" that her name was included.

"I had 6 percent of the vote. I don't have weight in the city, and I am not a public figure. I don't even know how to contact the FBI," Snyder said. "For him (Davis) to include my name is egregious and indicates the type of viciousness he is prone to when he doesn't get what he wants."



This is a printer friendly version of an article from the **The Journal News**.
To print this article open the file menu and choose Print.

---

### Davis allies seek to block new mayor in Mount Vernon

By DESIREE GRAND
THE JOURNAL NEWS
(Original Publication: December 3, 2007)

MOUNT VERNON - Supporters of Mayor Ernest Davis are seeking to stop the swearing-in of the new mayor as they await the outcome of their $600 million lawsuit calling for a new election.

Attorney Stephen Jackson said he would be in court this week, filing a motion to stop the installation of Mayor-elect Clinton Young.

The lawsuit claims a federal probe of city business intimidated voters. It was brought on behalf of 16 plaintiffs - including Davis - against the Justice Department, the FBI, the U.S. Attorney's Office, the state and county boards of election, Young and Janet Snyder, the Republican candidate in the general election.

Young beat Davis, a 12-year incumbent, in November. He dismissed Jackson's plans.

"It's frivolous. It really has no basis," he said. "The people of Mount Vernon have decided on change."

An initial conference hearing is scheduled for Jan. 11 in U.S. District Court in White Plains before Judge Charles L. Brieant.

Since the lawsuit was filed, City Clerk Lisa Copeland and some of the other listed plaintiffs have asked that their names be removed from the lawsuit.

Jackson said that while some plaintiffs have opted out of the lawsuit, others have joined. He said he is considering whether to add other defendants.

"We are still in the process of sorting that out," Jackson said. "People have come forward who say they were dissuaded to vote by the raid."

The mayor's supporters say the election outcome might have been different if the FBI had not executed a search warrant at City Hall on Oct. 11. That action was part of a federal probe of carting contracts; a second probe is investigating the city's Urban Renewal Agency.

The complaint alleges that the raid was the result of a "politically and racially motivated" scheme to undermine the candidacy of Davis and suppress the vote of blacks and other minorities in the city. The Justice Department has declined to comment on the lawsuit, and other agencies couldn't be reached.

Although he is listed as a plaintiff, Davis maintains he is not part of the complaint.

Jackson charged that the FBI and the U.S. Attorney's Office have a history of removing blacks from office, but did not cite any examples. His complaint also alleges that Young and Snyder colluded with the federal agencies in the raid.

Other plaintiffs include Thomas Terry, the commissioner of management services and the brother-in-law of

a businessman named in one of the federal probes; and several other Davis supporters.

The lawsuit seeks millions of dollars in damages for "mental anguish."

---

www.lohud.com | Printer-friendly article page                                                                 Page 1 of 2



January 12, 2008

## Feds to turn over material that led to Mt. Vernon raid

*Desiree Grand*
*The Journal News*

MOUNT VERNON - A judge has ordered the Department of Justice to turn over documents that led to a federal raid at City Hall, saying he wants to evaluate the source of the warrant that is the basis of a $600 million lawsuit.

The lawsuit, filed by supporters of former Mount Vernon Mayor Ernest Davis, claims a federal probe of city business intimidated voters in the November mayoral election. It was brought on behalf of 16 plaintiffs - including Davis - against the Justice Department, the FBI, the U.S. Attorney's Office, the state and county boards of election, new Mayor Clinton Young and Janet Snyder, the Republican candidate in the general election.

Young beat Davis, a 12-year incumbent, in November.

U.S. District Judge Charles L. Brieant asked that the material be presented to him in a week. He said he would look at it privately to see whether the lawsuit's allegations could be substantiated.

Assistant U.S. Attorney Ross Morrison at first objected to turning in the now-sealed documents, saying they are part of an ongoing criminal investigation into carting contracts.

Brieant's decision does not allow attorney Stephen Jackson, who represents the plaintiffs, or the public to see the documents. Still, Jackson called the judge's decision favorable.

"This is a very tough case. There is no precedent for it," Jackson said. "The court took a positive action and wants to get to the bottom of the issue."

The former mayor's supporters say the election outcome might have been different had the FBI not executed a search warrant at City Hall on Oct. 11 related to the carting probe.

The FBI sought city Department of Public Works and Department of Finance documents related to three waste-management companies - A&D Carting, United Waste Services and Tran Camp Demolition - as well as two individuals connected with the companies, Albert Tranquillo III and his late father, Albert Tranquillo II.

The complaint alleges that the raid was the result of a "politically and racially motivated" scheme to undermine the candidacy of Davis and suppress the vote of blacks and other minorities in the city. It also alleges that Young, who is black, and Snyder, who is white, colluded with the federal agencies in the raid.

Though he is listed as a plaintiff, Davis has maintained he took no role in bringing the complaint.

Since the lawsuit was filed, several plaintiffs have asked that their names be removed from the lawsuit. Jackson said there still are 16 plaintiffs.

Jackson argued that federal agents violated their own policy not to conduct investigations before elections and could have served the warrant months before they did. Davis had lost the Democratic primary to Young but continued in the general election by running on minor-party lines.

"They planned to target Davis to persuade and suppress the vote. They did it after he announced his intention to move forward in the election," Jackson said. "I am not arguing if this was a valid search warrant and a valid investigation. The issue is the timing."

Brieant countered that a looming election is not enough reason to prevent an investigation of criminal activity.

"You'll find the prosecutorial arm of the government is not prohibited from investigating a crime because there is an election coming up," Brieant said. "But we have to find out the underlying facts and what the warrant produced."

Morrison argued the government should receive immunity. He also said it was speculation to blame Davis' loss on the investigation, because Young won by 2,700 votes.

Both Morrison and William Greenawalt, Young's lawyer, said they would file motions to dismiss the lawsuit and said it lacked any legal merit.

"I believe this is a frivolous act that is causing a lot of trouble," Greenawalt said. "This is throwing sand in the wheels of Mount Vernon city government."

The next court date is scheduled for April 11.