UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ERNEST DAVIS, LISA COPELAND, RAYMOND
COPELAND JR., RAY COPELAND SR., KOHAIN
NATANY A. HALEVI, THOMAS L. TERRY,
ELVIRA CASTILLO, BARBARA PERRY,
DOROTHY EDNA BRINGER, VALERIE
CAMPBELL, OSCAR DAVIS JR., MARLENE
PIEROT, ANGELO SQUITIERI, MARIA ELLIS,
DAVIS WILLIAMS, DARYL SELSY,

                                  Plaintiff,             Civ No.:07-9897 CLB

       -against-

UNITED STATES JUSTICE DEPARTMENT,
FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES ATTORNEY'S OFFICE, NEW
YORK STATE BOARD OF ELECTIONS,
WESTCHESTER COUNTY BOARD OF
ELECTIONS, CLINTON YOUNG, JANET
SNYDER,

                              Defendants.
--------------------------------------------------------------X


## AFFIDAVIT OF SERVICE

  STATE OF NEW YORK          )

  COUNTY OF WESTCHESTER  ).ss:

        Laura Malfetano, being duly sworn, says:

        I am not a party to the action, I am over 18 years of age and reside in Cortlandt Manor, New York.

        On February 26, 2008, I served the Notice of Motion and Supporting Papers by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth:

VIA FACSIMILE 212 239-6900

Stephen C. Jackson, Esq.
Attorney for Plaintiffs
350 Fifth Avenue, Suite 2310
New York, New York 10118
(212) 643-2394


_____s/_____
                Laura Malfetano

Sworn to before me on the 26th
day of February  2008
___s/_____
Notary Public