## CERTIFICATE OF SERVICE

I, Ross E. Morrison, an Assistant United States Attorney for the Southern District of New York, hereby certify that on February 25, 2008, I caused a copy of the federal defendants' Notice of Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, and Declaration of Ross E. Morrison, dated February 22, 2008, with attached exhibits, to be served, by Federal Express, upon the following:

> Stephen C. Jackson, Esq.
> 350 Fifth Avenue   Suite 2310
> New York, New York 10118
> Attorney for Plaintiff

and that on February 26, 2008, I caused a copy of the foregoing to be served by electronic filing with the Court and First Class U.S. Mail upon:

> William S. Greenawalt, Esq.
> McCarthy Fingar LLP
> 11 Martine Avenue
> 12th Floor
> White Plains, New York 10606-1934
> Attorney for Clinton Young
>
> Mathew I. Gallagher
> Sr. Assistant County Attorney
> 148 Martine Avenue
> Room 600
> White Plains, New York 10601
> Attorney for Westchester County Board of Elections

Dated:   New York, New York
         February 26, 2008

      /s/ Ross E. Morrison
ROSS E. MORRISON
Assistant United States Attorney