*Stephen Curtis Jackson*

**Attorney At Law**

**(212) 643-2394**          **Empire State Building**          **Fax (212) 239-6900**
**350 Fifth Avenue, Suite 2310**
**New York, New York 10118**
E-Mail **StevenJacklaw@aol.com**

**VIA ECF**

March 21,  2008

Honorable Charles L. Brieant
Southern District of New York
300 Quarropas Street
White Plains, New York

Re: Davis et al v. U.S. Department of Justice, et al
05 CV 5154

Dear  Judge Brieant:

I represent the plaintiff's in the above referenced matter. I write this letter respectfully requesting that plaintiff' s time to respond to defendants' motion to dismiss be extended to April 4, 2008 due to a particularly burdensome motion schedule and recent illness. Defendant's time to reply should accordingly be extended to April 18, 2008. Counsel for U.S. Attorney's Office consents to this application. I was unable to reach other counsel for their consent.  If you have any questions, I can be reached at 212-643-2394.

Very truly yours,

Stephen C. Jackson

: