Barbara Perry
554 So. Eighth Ave.
Mt. Vernon, NY 10550
March 25, 2008

**MEMO ENDORSED**

The Honorable Charles L. Brieant:
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Dear Judge Brieant:

Please accept this letter as an official request to remove my name as a plaintiff in case # 07CV9897 filed by Attorney Steven C. Jackson on November, 2007.

I do respect voters' rights and feel that their rights should not be compromised in any way. However, I do not wish to be a plaintiff in the former mayor's case, especially in the manner in which it was filed.

*Margin annotations:*

BARBARA PERRY is to be

Application granted. The name Barbara Perry removed as a Plaintiff in this action.
So Ordered
Charles Brieant USDJ
March 28, 2008

To: The Honorable Charles L. Brieant     March 26, 2008
From: Barbara Perry

I did not know that my name had been used as a plaintiff until a friend called me and informed me that my name was part of a list named in the document as a plaintiff. I later saw my name in the Westchester Guardian.

I have spoken to Mr. Steven C. Jackson, requesting him to remove my name from the case as a plaintiff. I also wrote him a letter dated Nov. 15, 2007, requesting the same (removal of my name as a plaintiff). As of Thursday, March 20, 2007, my name was still a part of the list. I am also aware that several other people listed as plaintiffs have been asking Mr. Steven C. Jackson to remove their names: Valerie Campbell, Dorothy Edna Bringer, Elvira Castillo, Daryl Selsy and Lisa Copeland.

In closing, I pray that my name (Barbara Perry) is removed as soon as possible. Thank you Judge Brieant.

Yours truly,
Barbara Perry

*Attachment*

Page 1 of 2

Barbara Perry
554 So. Eighth Ave.
Mt. Vernon, NY 10550
November 15, 2008

Mr. Steven C. Jackson, Esq.
Mr. Curt Stewart, Coordinator
355 5th Ave.
New York, NY 10118

Dear sirs:

Please accept this letter as the official notification to drop my name as a plaintiff in the $600 million lawsuite that was filed in the United States Federal Court in White Plains, New York on Thursday, November 8, 2007.

At the time we signed the petition as Davis supporters during the Nov. election Campaign, it was not explained that document and it's signatures could be used as Plaintiffs in a lawsuit. Furthermore, I have not seen the document that was filed in court, nor do I have any knowledge of its contents. It does seem that anyone named as plaintiff would have been given a copy before the document was filed.

page 2 of 2

It was only after speaking to a friend, whose name has not been used, that I learned that my name had been used as a Plaintiff.

I supported Mayor Davis during the Primary and in the General Election. I usually put in 12 hrs most days in the Office (Headquarters) managing everything. In addition, I supported him financially.

However, at this time, I do not wish to be a Plaintiff, especially now due to the manner in which this Procedure was handled. I will however, support the Mayor in any other way possible.

My decision is due to issues that I have explained and in addition to the Mayor's public announcement that he did not know anything about the suit and he is not a Plaintiff in the matter.

Sincerely,
Barbara [signature]