Valerie Campbell
279 Bedford Avenue
Mount Vernon, N.Y.
(914) 668-5786

March 21, 2008

Honorable Charles Bryant
US District Judge
300 Quarropas Street
White Plains, New York

Re: Case Index# 07CV9897

Dear Honorable Judge Bryant,

**MEMO ENDORSED**

*Application Granted. Ms. Campbell's name is to be Removed as a Plaintiff in this Case. So Ordered. April 7, 2008*

*Charles L. Bryant*
USDJ

I am writing to you to ask for my name to be removed from the above law suit. My permission was not obtained to be on such lawsuit. I have called Mr. Steven Jackson (lawyer on this case) several times and written him letters dating back to December of 2007 asking for my name to be removed. I do not know where else to turn. Please have my name removed.

Very truly yours,

*Valerie Campbell*
Valerie Campbell