*Stephen Curtis Jackson*

**Attorney At Law**
**Empire State Building**
**350 Fifth Avenue, Suite 2310**
**New York, New York 10118**
E-Mail StevenJacklaw@aol.com

(212) 643-2394                    Fax (212) 239-6900

<u>VIA ECF</u>

MEMO ENDORSED

March 21, 2008

Honorable Charles L. Brieant
Southern District of New York
300 Quarropas Street
White Plains, New York

Re: Davis et al v. U.S. Department of Justice, et al
    ~~05 CV 5154~~

*[Handwritten endorsement: Denied, pending further effort by Attorney Jackson to obtain consent of opposing counsel to proposed changes. /s/ CLB 4/8/08 USDJ (07 Civ 9897 (CLB))]*

Dear Judge Brieant:

    I represent the plaintiff's in the above referenced matter. I write this letter respectfully requesting that plaintiff's time to respond to defendants' motion to dismiss be extended to April 4, 2008 due to a particularly burdensome motion schedule and recent illness. Defendant's time to reply should accordingly be extended to April 18, 2008. Counsel for U.S. Attorney's Office consents to this application. I was unable to reach other counsel for their consent. If you have any questions, I can be reached at 212-643-2394.

                                Very truly yours,

                                Stephen C. Jackson

: