*Stephen Curtis Jackson*

**Attorney At Law**

**(212) 643-2394**      **Empire State Building**      **Fax (212) 239-6900**
**350 Fifth Avenue, Suite 2310**
**New York, New York 10118**
E-Mail StevenJacklaw@aol.com

**VIA FAX**

Honorable Charles L. Brieant
Southern District of New York
300 Quarropas Street
White Plains, New York

Re: <u>Davis et al v. U.S. Department of Justice, et al</u>
     ~~05 CV 5154~~

Dear Judge Brieant:

**MEMO ENDORSED**

*File opposition by 4-14-08;
Reply by May 1, 2008. Oral
argument remains scheduled for
May 9, 2008. So Ordered
Charles L. Brieant J.
USDJ.*

07 CV 9897 (CLB)

I represent the plaintiff's in the above referenced matter. I write this letter respectfully requesting that plaintiff's time to respond to defendants' motion to dismiss be extended to April 14, 2008 due to a particularly burdensome motion schedule and recent death in family. Defendant's time to reply should accordingly be extended to May 1, 2008. Counsel for defendants consent to this application. If you have any questions, I can be reached at 212-643-2394.

Very truly yours,

Stephen C. Jackson

cc: Ross E. Morrison, Esq.
    William Greenawalt, Esq.