IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST DAVIS, et al.                ) Case No. 07 CIV 9897
                                    )
       Plaintiff,              )
                                    )
  v.                                )
                                    )
U.S. DEPARTMENT OF JUSTICE          ) DECLARATION OF
       et al.,                  ) MICHAEL C. BOOKSTEIN
                                    )
       Defendants               )
_____s.)

## DECLARATION OF MICHAEL C. BOOKSTEIN
## FEDERAL BUREAU OF INVESTIGATION

I, Michael C. Bookstein, hereby declare as follows:

1. I am employed by the Federal Bureau of Investigation (FBI), and I am currently a paralegal specialist with Civil Discovery Review Unit I, Office of the General Counsel, located in Washington, D.C. I have served in this capacity from approximately February 2002 to the present.

2. As a paralegal specialist with Civil Discovery Review Unit I, I have access to the indices of the records contained in the FBI's Central Records System.

3. The records in the Central Records System include records of administrative claims submitted to the FBI under the Federal Tort Claims Act. All administrative claims submitted to the FBI are indexed into the FBI's Central Records System. Once indexed, a record of an administrative claim is retrievable through a search of the general indices to the FBI's Central Records System.

4. I have made a diligent search of the general indices to the FBI's Central Records System as of May 1, 2008, for any records retrievable to the plaintiffs Ernest Davis, Lisa Copeland, Raymond Copeland Jr., Ray Copeland Sr., Kohain Natany A. Halevi, Thomas L. Terry, Oscar Davis Jr., Marlene Pierot, Angelo Squitieri, Maria Ellis or Davis Williams. This search disclosed no record of any administrative claim submitted to the FBI by

or on behalf of Ernest Davis, Lisa Copeland, Raymond Copeland Jr., Ray Copeland Sr., Kohain Natany A. Halevi, Thomas L. Terry, Oscar Davis Jr., Marlene Pierot, Angelo Squitieri, Maria Ellis or Davis Williams, the plaintiffs in the above-captioned lawsuit. To the best of my knowledge, the FBI has not received an administrative claim from Ernest Davis, Lisa Copeland, Raymond Copeland Jr., Ray Copeland Sr., Kohain Natany A. Halevi, Thomas L. Terry, Oscar Davis Jr., Marlene Pierot, Angelo Squitieri, Maria Ellis or Davis Williams.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May, 2008.

Michael C. Bookstein
Paralegal Specialist
Civil Discovery Review Unit I
Office of the General Counsel
Federal Bureau of Investigation
Washington, D.C.