## CERTIFICATE OF SERVICE

       I, Ross E. Morrison, an Assistant United States Attorney for the Southern District of New York, hereby certify that on May 2, 2008, I caused a copy of the federal defendants' Reply Memorandum of Law in Further Support of Motion to Dismiss, and Declaration of Michael C. Bookstein, dated May 1, 2008, to be served, by electronic filing and Federal Express, upon the following:

    Stephen C. Jackson, Esq.
    350 Fifth Avenue   Suite 2310
    New York, New York 10118
    Attorney for Plaintiff

    William S. Greenawalt, Esq.
    McCarthy Fingar LLP
    11 Martine Avenue
    12th Floor
    White Plains, New York 10606-1934
    Attorney for Clinton Young

    Mathew I. Gallagher
    Sr. Assistant County Attorney
    148 Martine Avenue
    Room 600
    White Plains, New York 10601
    Attorney for Westchester County Board of Elections

Dated:   New York, New York
           May 2, 2008

                                             /s/ Ross E. Morrison
                                            ROSS E. MORRISON
                                            Assistant United States Attorney