UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERNEST DAVIS, RAYMOND COPELAND JR., RAY COPELAND SR., KOHAIN NATANY A. HALEVI, THOMAS L. TERRY, VALERIE CAMPBELL, OSCAR DAVIS JR., MARLENE PIEROT, ANGELO SQUITIERI, MARIA ELLIS, DAVIS WILLIAMS,

        Plaintiffs,

 -against-

UNITED STATES JUSTICE DEPARTMENT, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES ATTORNEY'S OFFICE, UNITED STATES ATTORNY'S OFFICE OF THE SOUTHERN DISTRICT OF NE WYORK, NEW YORK STATE BOARD OF ELECTIONS, WESTCHESTER COUNTY BOARD OF ELECTIONS, CLINTON YOUNG, JANET SNYDER, JOHN DOE, FEDERAL BUREAU OF INVESTIGATION AGENTS 1-10,

        Defendants.
------------------------------------------------------------------------X

07-Civ. 9897 CLB

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
           ) ss.:
COUNTY OF WESTCHESTER )

 I, Gillian Morris, being sworn, say:

 I am not a party to the action, I am over 18 years of age and reside in Peekskill, New York.
 On May 5, 2008, I served the within **REPLY MEMORANDUM OF LAW and AFFIDAVIT OF WILLIAM S. GREENAWALT**, by depositing a true copy thereof, enclosed in a properly addressed wrapper into the custody of an overnight delivery service (FEDERAL EXPRESS) for overnight delivery prior to the latest time assigned by service for overnight delivery, addressed to the following:

Stephen C. Jackson, Esq.
Attorney for Plaintiffs
350 Fifth Avenue, Suite 2310
New York, New York 10118
(212) 643-2394

Michael J. Garcia, Esq.
United States Attorney for the
Southern District of New York
86 Chambers Street
New York, NY 10007
Tel: (212) 637-2739/2822

_____
Gillian Morris

Sworn to before me this
6th day of May 2008

_____
Notary Public

KATHERINE SOHR
NOTARY PUBLIC, State of New York
No. 01 SO66985
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires December 8, 20~~
January 18, 2010