

**Westchester**
**gov.com**

Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

May 15, 2008

**MEMO ENDORSED**
*Application Granted*
*So Ordered*
*May 16, 2008*
*Charles L. Brieant USDJ*

**VIA FACSIMILE:** (914) 390-4085
Honorable Charles L. Brieant
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *Davis, et al. v. US Dept. of Justice, et al.*
          *7:07 Civ. 09897 (CLB)*
          ***Application to Join in Motions to Dismiss***

Your Honor:

      I am writing on behalf of Defendant Westchester County Board of Elections ("WCBOE") to respectfully request that it be permitted to join in the Motions to Dismiss filed by Defendants United Justice Department, Federal Bureau of Investigation, United States Attorney's Office, and Clinton Young in this matter for all of the reasons set forth therein.

      The WCBOE filed and served an answer dated February 22, 2008, in lieu of a motion to dismiss in the good faith belief that the parties would agree to stipulate to discontinue the action as against it. The WCBOE unequivocally denies, as set forth in its Answer, any involvement in any of the matters alleged in the Amended Complaint other than the fact that it did conduct the election at issue.

      Defendants United States and Clinton Young did consent to stipulate to discontinue this action as against the WCBOE prior to it filing its Answer. However, the WCBOE was advised at oral argument before the Court on May 9, 2008, that Plaintiffs would not consent even though they were advised by undersigned that, *inter alia*, the Board was under an obligation to and would certainly comply with any order issued by this Court concerning the conduct of the election at issue and any subsequent relief concerning same regardless of whether or not it was a party.

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601     Telephone: (914)995-2660   Website: westchestergov.com

Based on the forgoing, the WCBOE respectfully requests that it be permitted to join in the Motions to Dismiss and that the Amended Complaint be dismissed as against it in its entirety with prejudice.

Should Your Honor have any questions concerning this matter, I may be reached at (914) 995-3588.

Respectfully submitted,

Matthew I. Gallagher (MG1540)
Sr. Assistant County Attorney

cc: Stephen C. Jackson, Esq. (Via Facsimile: (212) 239-6900)
  Ross E. Morrison, Esq. (Via Facsimile: (212) 637-2429)
  William S. Greenawalt, Esq. (Via Facsimile: (914) 946-0134)

2