UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
Ernest Davis, Lisa Copeland,
Raymond Copeland, Jr., Ray
Copeland, Sr., Kohain Natany A Halevi,
Thomas L. Terry, Oscar Davis, Jr.,
Marlene Pierot, Angelo Squitieri,
Maria Ellis, Davis Williams,

                                                               07 CV 9897 (CLB)
              Plaintiffs,                     JUDGMENT
        -against-
Michael J. Garcia, in his official
capacity United States Justice Department,
Federal Bureau of Investigation, United
States Attorney's Office, New York State
Board of Elections, Westchester County
Board of Elections, Clinton Young, Janet
Snyder, John Doe Federal Bureau of
Investigation Agents 1-10,



              Defendants.
- - - - - - - - - - - - - - - - - - X

      Defendants having moved to dismiss and the said motion having come before the Honorable Charles L. Brieant, United States District Judge and the Court thereafter on May 27, 2008, having handed down its, Memorandum and Order (Document # 32) GRANTING defendants' motion to dismiss and DENIED Defendants' motion for sanctions and DENIED Plaintiffs' motion for Preliminary Injunction, it is,

      ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed as to all defendants.


DATED: White Plains, N.Y.
       May 28, 2008

                                            J. Michael McMahon, Clerk

i:/judgment/davis.897

                                            E.O.D.